UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEONA CAZARES, MICHAEL WALSH, and LAURA WILLIS-ALBRIGO, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

LG ELECTRONICS U.S.A., INC. and ALPHONSO INC.,

Defendants.

Case No. 5:26-cv-03840-EKL

**[PROPOSED] ORDER GRANTING DEFENDANT LG ELECTRONICS USA, INC.'S MOTION TO COMPEL ARBITRATION AND STAY THE CASE**

This matter is before the Court on Defendant LG Electronics USA, Inc.'s ("LG") Motion to Compel Arbitration and Stay the Case ("Motion"). Having considered the papers filed by the parties in support of an opposition to the Motion, the relevant authorities, the arguments of counsel, and all other matters properly considered by this Court, **IT IS HEREBY ORDERED** that:

The claims filed by Plaintiffs Leona Cazares, Michael Walsh, and Laura Willis-Albrigo (together, "Plaintiffs") in the Class Action Complaint ("Complaint") are subject to arbitration. 9 U.S.C. § 4. Accordingly, LG's Motion is **GRANTED** and the case is **STAYED** in its entirety, pending the resolution of arbitration. 9 U.S.C. § 3.

**IT IS SO ORDERED**.

Dated: __________________, 2026

______________________________________
The Honorable Eumi K. Lee
United States District Judge