# Exhibit 1

**Screenshots of LG Smart TV Setup**




1 2 3
Language
한국어
English
Español
Français
Next


1 2 3
Language
한국어
English
Español
Français
Next


1 2 3
Previous
Country
United States ✓
Next


1 2 3
Previous
Time Zone
Adak
Honolulu
Anchorage
Los Angeles
Denver
Phoenix
Next

\


1 2 3
Previous
Accessibility Settings
After initial setup, you can access diverse settings via 'Home > Accessibility.'
Accessibility Settings
Set up Later
Adjust the visual and auditory settings to optimize your viewing environment.


1 2 3
Previous
Accessibility Settings
After initial setup, you can access diverse settings via 'Home > Accessibility.'
Accessibility Settings
Set up Later
Selecting 'Set up Later' will disable Audio Guidance.


1 2 3
Previous
How to set up the TV
LG ThinQ
Set up with your mobile device
Set up with your remote control on the...
Store Mode
Exit First Use
Next


1 2 3
Previous
How to set up the TV
Set up with your mobile device
Set up with your remote control on the...
Store Mode
Exit First Use
Next


1 2 3
Previous
Internet Connection
Skip
Wired Network
Connecting...


1 2 3
Previous
Terms & Conditions
Skip
Welcome to Smart Media Product Services!
Smart Media Products provide access to a number of features and services, including streaming movies, music, and games, as well as the ability to browse the Internet. Before you can start using these Smart Media Product Services, you'll be presented with our Privacy Policy, Terms of Use, and a few other documents that seek your agreement to use specific features and services. These documents describe how the Smart Media Product Services work, tell you what kinds of information LGE collects from your Smart Media Product, and set out your rights and obligations as a Smart Media Product user. Please read each of these documents carefully. You will have a chance to revisit these documents at any time from the Settings menu on your Smart Media Product. Note that not all Smart Media Product features and services are available in all countries. Depending on where you live, certain features and services may not be available to you. If you have questions or want further information about our practices, please contact our customer-service department.
LEGAL NOTICE
Next


1 2 3
Previous
Terms & Conditions
Skip
how the Smart Media Product Services work, tell you what kinds of information LGE collects from your Smart Media Product, and set out your rights and obligations as a Smart Media Product user. Please read each of these documents carefully. You will have a chance to revisit these documents at any time from the Settings menu on your Smart Media Product. Note that not all Smart Media Product features and services are available in all countries. Depending on where you live, certain features and services may not be available to you. If you have questions or want further information about our practices, please contact our customer-service department.
LEGAL NOTICE
PLEASE READ THIS LEGAL NOTICE CAREFULLY BEFORE ACCESSING OR USING YOUR SMART MEDIA PRODUCT. YOUR USE OF YOUR SMART MEDIA PRODUCT IS SUBJECT TO THE TERMS SET OUT BELOW. BY USING YOUR SMART MEDIA PRODUCT, YOU AGREE TO ALL OF THESE TERMS.
Next


1 2 3
Previous
Terms & Conditions
Skip
Terms of Use
Privacy Policy
Viewing Information Agreement
Voice Information Agreement
Interest-Based & Cross-Device Advertising Agreement
You can agree to all the specific consent agreements at once. Please read each specific consent agreement and the Privacy Policy carefully before you agree.
Select All
Later
Agree


1 2 3
Previous
Terms & Conditions
Skip
Terms of Use
Privacy Policy
Viewing Information Agreement
Voice Information Agreement
Interest-Based & Cross-Device Advertising Agreement
Our Terms of Use govern your use of Smart Media Product (including but not limited to Smart TV, monitors, or any other internet-based Media Products) Services. They set out our responsibilities to you and identify the "dos" and "don'ts" that you should be aware of when you use the Smart Media Product Services, including important restrictions on your use of the services. Note that not all Smart Media Product features and services are available in all countries and models. Depending on where you live and what model of Smart Media Product you own, certain features and services may not be available to you. Smart Media Product Services may be completely unavailable or severely restricted if your Smart Media Product has not been certified to comply with applicable laws and technical regulations in your region.
Select All
Later
Agree


1 2 3
Previous
Terms & Conditions
Skip
Terms of Use
Privacy Policy
Viewing Information Agreement
Voice Information Agreement
Interest-Based & Cross-Device Advertising Agreement
This Privacy Policy is designed to inform you how LG Electronics Inc. ("LGE" or "we" or "our") collects, uses, and shares information that we obtain as a result of your use of your Smart Media Product (including but not limited to Smart TV, monitors, or any other internet-based Media Products), as well as any add-on features and function(s) (together, the "Smart Media Product Services") that we provide. Depending on the country where you are based and the model of Smart Media Product that you own, some of the Smart Media Product Services may not be available (Information collected may vary based on the availability of specific Smart Media Product).
Privacy Policy
Select All
Later
Agree


1 2 3
Previous
Terms & Conditions
Skip
Terms of Use
Privacy Policy
Viewing Information Agreement
Voice Information Agreement
Interest-Based & Cross-Device Advertising Agreement
Marketing Communications Agreement
This Privacy Policy is designed to inform you how LG Electronics Inc. ("LGE" or "we" or "our") collects, uses, and shares information that we obtain as a result of your use of your Smart Media Product (including but not limited to Smart TV, monitors, or any other internet-based Media Products), as well as any add-on features and function(s) (together, the "Smart Media Product Services") that we provide. Depending on the country where you are based and the model of Smart Media Product that you own, some of the Smart Media Product Services may not be available (Information collected may vary based on the availability of specific Smart Media Product).
Privacy Policy
Select All
Later
Agree


1 2 3
Previous
Terms & Conditions
Skip
Privacy Policy
Viewing Information Agreement
Voice Information Agreement
Interest-Based & Cross-Device Advertising Agreement
Marketing Communications Agreement
You can agree to all the specific consent agreements at once. Please read each specific consent agreement and the Privacy Policy carefully before you agree.
Select All
Later
Agree


✓ 2 3
Previous
User Environment Analysis
The way to watch TV
Select...
Cable/Satellite connected to Antenna port on ...
Antenna
None
Next