# Exhibit 2

**Screenshots of LG Smart TV Setup – Select All Option**




1 2 3
Previous
Terms & Conditions
Skip
Terms of Use
Privacy Policy
ACR and Viewing Information Agreement
Voice Information Agreement
Interest-Based & Cross-Device Advertising Agreement
By checking "Select All", you confirm you have reviewed all user agreements and agree to their terms.
If you agree to the ACR and Viewing Information Agreement, LG will use ACR (Automatic Content Recognition) technology to identify and analyze content on your device. Please refer to the ACR and Viewing Information Agreement for more information.
Select All
Later
More


1 2 3
Previous
Terms & Conditions
Skip
Terms of Use
Privacy Policy
ACR and Viewing Information Agreement
Voice Information Agreement
Interest-Based & Cross-Device Advertising Agreement
Our Terms of Use govern your use of Smart Media Product (including but not limited to Smart TV, monitors, or any other internet-based Media Products) Services. They set out our responsibilities to you and identify the "dos" and "don'ts" that you should be aware of when you use the Smart Media Product Services, including important restrictions on your use of the services. Note that not all Smart Media Product features and services are available in all countries and models. Depending on where you live and what model of Smart Media Product you own, certain features and services may not be available to you. Smart Media Product Services may be completely unavailable or severely restricted if your Smart Media Product has not been certified to comply with applicable laws and technical regulations in your region.
Select All
Later
More


1 2 3
Previous
Terms & Conditions
Skip
Terms of Use
Privacy Policy
ACR and Viewing Information Agreement
Voice Information Agreement
Interest-Based & Cross-Device Advertising Agreement
21. DISPUTE RESOLUTION FOR UNITED STATES RESIDENTS
(a) Generally. In the interest of resolving disputes between you and LGE in the most expedient and cost effective manner, you and LGE agree that any and all disputes arising in connection with this EULA shall be resolved by binding arbitration. Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, may allow for more limited discovery than in court, and can be subject to very limited review by courts. Arbitrators can award the same damages and relief that a court can award. Our agreement to arbitrate disputes includes, but is not limited to all claims arising out of or relating to any aspect of this EULA, whether based in contract, tort, statute, fraud, misrepresentation or any other legal theory, and regardless of whether the claims arise
Select All
Later
More


1 2 3
Previous
Terms & Conditions
Skip
Terms of Use
Privacy Policy
ACR and Viewing Information Agreement
Voice Information Agreement
Interest-Based & Cross-Device Advertising Agreement
California Notice at Collection/US State Law Privacy Rights: See the "7. Additional disclosures for California consumers" and "15. US State Privacy Notice" below for important information about your rights under applicable US state privacy laws.
This Privacy Policy is designed to inform you how LG Electronics Inc. ("LGE" or "we" or "our") collects, uses, and shares information that we obtain as a result of your use of your Smart Media Product (including but not limited to Smart TV, monitors, or any other internet-based Media Products), as well as any add-on features and function(s) (together, the "Smart Media Product Services") that we provide. Depending on the model of Smart Media Product that you own, some of the Smart Media Product Services
Select All
Later
More


1 2 3
Previous
Terms & Conditions
Skip
Privacy Policy
ACR and Viewing Information Agreement
Voice Information Agreement
Interest-Based & Cross-Device Advertising Agreement
Marketing Communications Agreement
7. I further understand that I can reset the information collected about my interests by clicking the "Reset AD ID" button on the "Advertisement" page of Settings menu on my Smart Media Product.
8. I understand that this Smart Media Product is a household device. If this Smart Media Product will be used by more than one person, I represent that, in addition to agreeing to this Agreement, that I have obtained consent from all other members of my household whose information may be collected through this Smart Media Product and am providing consent on their behalf.
Last updated: June 2025
Select All
Later
Agree