# Exhibit 3

**Screenshots of LG Smart TV Setup – Withdrawal (from TV Terms)**




User Agreements
To read the Terms and Conditions, go to Settings > Support > Privacy & Terms.


User Agreements
To read the Terms and Conditions, go to Settings > Support > Privacy & Terms.
Terms of Use
Privacy Policy
ACR and Viewing Information Agreement
Voice Information Agreement
Interest-Based & Cross-Device Advertising Agreement
By checking "Select All", you confirm you have reviewed all user agreements and agree to their terms.
If you agree to the ACR and Viewing Information Agreement, LG will use ACR (Automatic Content Recognition) technology to identify and analyze content on your device. Please refer to the ACR and Viewing Information Agreement for more information.
Select All
Back
Agree


User Agreements
To read the Terms and Conditions, go to Settings > Support > Privacy & Terms.
Terms of Use
Privacy Policy
ACR and Viewing Information Agreement
Voice Information Agreement
Interest-Based & Cross-Device Advertising Agreement
California Notice at Collection/US State Law Privacy Rights: See the "7. Additional disclosures for California consumers" and "15. US State Privacy Notice" below for important information about your rights under applicable US state privacy laws.
This Privacy Policy is designed to inform you how LG Electronics Inc. ("LGE" or "we" or "our") collects, uses, and shares information that we obtain as a result of your use of your Smart Media Product (including but not limited to Smart TV, monitors, or any other internet-based Media Products), as well as any add-on features and function(s) (together, the "Smart Media Product Services") that we provide. Depending on the model of Smart Media Product that you own, some of the Smart Media Product Services
Select All
Back
Agree

**Screenshots of LG Smart TV Setup – Withdrawal (from All)**




User Agreements
To read the Terms and Conditions, go to Settings > Support > Privacy & Terms.
Terms of Use
Privacy Policy
ACR and Viewing Information Agreement
Voice Information Agreement
Interest-Based & Cross-Device Advertising Agreement
Select All
Back
Agree


User Agreements
To read the Terms and Conditions, go to Settings > Support > Privacy & Terms.
Terms of Use
Privacy Policy
ACR and Viewing Information Agreement
Voice Information Agreement
Interest-Based & Cross-Device Advertising Agreement
By checking "Select All", you confirm you have reviewed all user agreements and agree to their terms.
If you agree to the ACR and Viewing Information Agreement, LG will use ACR (Automatic Content Recognition) technology to identify and analyze content on your device. Please refer to the ACR and Viewing Information Agreement for more information.
Select All
Back
Agree


User Agreements
To read the Terms and Conditions, go to Settings > Support > Privacy & Terms.
Terms of Use
Privacy Policy
ACR and Viewing Information Agreement
Voice Information Agreement
Interest-Based & Cross-Device Advertising Agreement
By checking "Select All", you confirm you have reviewed all user agreements and agree to their terms.
If you agree to the ACR and Viewing Information Agreement, LG will use ACR (Automatic Content Recognition) technology to identify and analyze content on your device. Please refer to the ACR and Viewing Information Agreement for more information.
Select All
Back
Agree


Terms of Service have changed
It looks like you are about to withdraw your agreement to this legal document. If you do so, any Smart TV function that depends on your consent will no longer be available and your TV will restart itself to apply the changes. Are you sure you want to proceed?
Yes
No