# Exhibit 5

Internal User Only

LG Electronics

| LGE P/N | BOX TYPE | MATERIAL | *BOX INNER DIM. W | D | H | Print Type | PRINT COLOR | FLAP | THOMSON | BOX COMPRESSION STRENGTH | END CRUSH STRENGTH | BURSTING STRENGTH | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY06784401 | P2 | Tip-on Label [SC220~240] + Yellow_Flexo DW-5KBA [Refer to MAY66063213 Material Spec.] | 1864 | 184 | 1093 | Tip-on + Flexo | 2 | 1 | YES | min.450 kg.f | Refer to MAY66063213 Spec. | | 75UQ7070(2Pole) for North America |




PRINT COLOR
- WHITE
- BLACK

BARCODE LABEL GUIDE




LINES
- Cutting Lines of Case Blanks
- Crease Lines
- Center Line
- Soft Edge Cutting Lines
- Glued Joint

TIP-ON LABEL




PRINT COLOR : C M Y K

Coating(Glossy)

-HQ/VH/ND/Arcelik : Laminated(PP,ND Only PE)

-MA/EG/RS/MX/SA : Water

BOX FORMAT







| REV. NO. | MM / DD / YY. | SIGNATURE | CHANGE NO. | CHANGE CONTENTS |
|---|---|---|---|---|
| 8 | | | | |
| 7 | | | | |
| 6 | | | | |
| 5 | | | | |
| 4 | | | | |
| 3 | | | | |
| 2 | | | | |
| 1 | DEC / 09 / '24 | HONG IN KI | EKLOC00262 | Change of Arbitration agreement disclaimer |

Die Cutting Spec

| C.F / Spec | "★" Addition Spec A(F) | C(F) | BA(F) | BC(F) | EC(F) |
|---|---|---|---|---|---|
| W1=W+★ | 2~5(2) | 2~3(2) | 5~8(5) | 4~7(5) | 3~6(4) |
| D1=D+★ | 5~7(5) | 4~5(5) | 8~10(8) | 7~9(8) | 6~8(7) |
| W2=W+★ | 5~7(5) | 4~5(5) | 8~10(8) | 7~9(8) | 6~8(7) |
| D2=D+★ | 2~5(2) | 2~3(2) | 5~8(5) | 4~7(5) | 3~6(4) |
| F1=D1/2+★ | -1~1(0) | -1~1(0) | 1~3(1) | 1~3(1) | 0~2(0) |

( ) : Standards Spec
(F) : Flute, C.F : Corrugate Fiberboard

NOTE

1. SPECIFICATIONS

2. RoHS CONTENTMENT

3. INK REQUIREMENT FOR EU

3. HQ BOX Part Approval P/N (HQ BOX 부품인정 P/N) : MAY69756201

THIRD ANGLE PROJECT

| SCALE | UNIT |
|---|---|
| 1/14 | mm |

LG Electronics

| | | |
|---|---|---|
| DRAWN | AUG / 27 / 24 | HONG IN KI |
| CHECKED | AUG / 28 / 24 | KANG HYUN JUNG |
| APPROVED | AUG / 29 / 24 | YUN HYUNG KWON |

TV BOX UNIT

MAY06784401