# Exhibit 6

Internal User Only

LG Electronics

| LGE P/N | MATERIAL | BOX INNER DIM. W | D | H | BOX COMPRESSION STRENGTH | END CRUSH STRENGTH | BURSTING STRENGTH | REMARK |
|---|---|---|---|---|---|---|---|---|
| MAY69374701 | Tip-on Label [SC220-240] + Yellow_Flexo SW-4KA [Refer to MAY66063201 Material Spec.]<br>Oversea Site : Tip-on Label + Yellow Flexo (Single or Double Wall Corrugated fiberboard)<br>*LGEMA/RA/RS/MX : Tip-on Label + White Flexo (Single or Double Wall Corrugated fiberboard) | 1203 | 163 | 755 | min.170 kg.f | Refer to MAY66063201 Spec. | | 50UM73 (50UM73 2pole) for North America(CLUB) |




PRINT COLOR

- : BLACK
- : LG WINE 216UP

BARCODE LABEL GUIDE




LINES

- : Cutting Lines of Case Blanks
- : Crease Lines
- : Center Line
- : Soft Edge Cutting Lines
- : Glued Joint

* TIP-ON LABEL




PRINT COLOR : C M Y K

Coating(Glossy)

-HQ/VH/ND/Arcelik : Laminated(PP,ND Only PE)
-MA/EG/RS/MX/SA : Water

BOX FORMAT




## NOTE

### 1. SPECIFICATIONS

(1) PRINT LETTERS AND LOGOTYPE ON THE BASIC OF SPECIFIED FILM.
(2) SAMPLE OF NEW OR REVISED PART MUST BE APPROVED BY LG BEFORE PROCEEDING WITH PRODUCTION.
(3) DIMENSIONS ARE GIVEN IN MILLIMETERS.
(4) BOX QUALITY LG(53)-G2-2112 IS STANDARDS.
(5) HAND HOLE POSITION(X,Y) TOLERANCE : -2~+3, LIMITED DIMENTION TOLERANCE : ±1.
(6) C/SKD PACKAGING SPECIFICATIONS AGF766921* IS STANDARDS.
(7) CTQ MARK IS CTQ.
(8) APPOINTED POINTS OF "C", "D" PANELS ARE SAME "A", "B" PANELS.
(9) BOX STRENGTH IS AFTER PRE-TREATMENT. (TEMP : 20℃, HUMIDITY : 65%, TIME : 24Hr.)
-NORMAL TEMPERATURE : 10%~15% OR MORE MANAGEMENT
* C/SKD IMPORT BOX STRENGTH(OVERSEA SITE) : SPEC X 0.8
(10) PRINT LETTERS AVOID THE AREA OF HAND HOLE.
(11) THE BOX JOINT SECTION IS ONE OR TWO.
(12) THE BOX JOINT PANEL IS "A"-"C" PANEL OR 또는 "B"-"D" PANEL.(1 OR 2MATCH)
(13) THE SLIM BOX UP/DOWN JOINT MANAGEMENT SPECIFICATION 2㎜.(TOLERANCE+1)
(14) THE BOX P/N MARK CAN BE DOUBLE MARKING ON THE B/D PANEL.
(15) BOX MATERIAL HQ ONLY, OVERSEA SITE BASIC TH STRENGTH.
(16) THE THOMSON HORIZONTAL LINE THICKNESS : 2~3.5㎜.(BOX FOLDING LINE)
(17) THE STAPLER PIN POSITION 55㎜(±10), START/END POSITION UNDER 25㎜.
(18) THE PRINTED COLOR SHOULD BE COLOR DIFFERENCE VALUE OF 3.0(DEcmc) OR LESS AS COMPARED WITH THE COLOR SAMPLE.

(1) 인쇄내용 및 LOGOTYPE 상세내용은 FILM에 준함.
(2) 신규개발 또는 변경시 양산전 견본 제출하여 LGE 승인 득할 것.
(3) 치수의 단위는 ㎜임.
(4) BOX 품질기준은 LG(53)-G2-2112 기준을 준한다.
(5) 손잡이 위치(X,Y) 허용 공차는 -2~+3, 미지정부 치수 허용공차는 ±1.
(6) C/SKD 포장 출하시엔 AGF766921* ASSY 도면 기준
(7) CTQ 는 CTQ 이므로 특별관리 요망.
(8) "C", "D" 면의 지정부는 "A", "B" 면에 따른다.
(9) BOX 강도는 전처리(20℃ 65% 24Hr.) 후 강도임.(상온시 10%~15% UP관리)
(10) 인쇄부와 HAND HOLE 과의 간섭을 피할 것.
(11) BOX FORMAT 은 1MATCH 또는 2MATCH 가능.
(12) BOX JOINT 부는 "A"-"C" 면 또는 "B"-"D" 면 가능.(1~2합 가능)
(13) SLIM BOX 상/하 JOINT(접합부) 관리 사양 2㎜.(허용공차+1)
(14) BOX P/N는 B면/D면 복수로 표기해도 됨.
(15) BOX MATERIAL HQ기준, 해외법인은 강도 기준.
(16) THOMSON 가로 괘선 두께는 2~3.5㎜ 적용(BOX 날개 LINE)
(17) 철접합 PIN 간격 55㎜(±10), 상/하 끝단 25㎜이내일 것.
(18) 인쇄 색상은 컬러샘플 대비 색차값(DEcmc) 3.0 이하일 것.

### 2. RoHS CONTENTMENT

※ HAZARDOUS SUBSTANCES ON THIS PRODUCT SHOULD BE SATISFIED BY SUBSTANCE REGULATION OF LEVEL A-I, A-II + SVHC ACCORDING TO LG(52) B-5011 STANDARD.
ESPECIALLY, PART SHOULD BE FOLLOWED AND CONTROLLED THE FOLLOWING SPECIFICATION.
(1) ECO-HAZARDOUS SUBSTANCES TEST REPORT SHOULD BE SUBMITTED WHEN PART CERTIFICATION TEST AND FIRST MASS PRODUCTION.
(2) ESPECIALLY, DON'T USE OR CONTAIN LEAD(Pb) AND CADMIUM(Cd) IN INK.

※ 본 부품의 환경유해물질은 LG (52)B-5011규격의 Level A-Ⅰ, A-Ⅱ + SVHC 물질의 규제를 만족 할 것.
특히, 하기내용을 필히 준수하고 관리할 것.
(1) 부품인정시험 및 양산초품 입고시 국가공인기관의 환경유해물질관련 시험성적서를 제출할 것.
(2) 특히, 잉크내 Pb, Cd등이 사용되거나 포함되지 않도록 할 것.

3. HQ BOX Part Approval P/N (HQ BOX 부품인정 P/N) : MAY68808601

*Die Cutting Spec

| Spec \ C.F | A(F) | C(F) | BA(F) | BC(F) | EC(F) |
|---|---|---|---|---|---|
| | "★" Addition Spec | | | | |
| W1=W+★ | 2~5(3) | 2~3(2) | 5~8(6) | 4~7(5) | 3~6(4) |
| D1=D+★ | 5~7(6) | 4~5(5) | 8~10(9) | 7~9(8) | 6~8(7) |
| W2=W+★ | 5~7(6) | 4~5(5) | 8~10(9) | 7~9(8) | 6~8(7) |
| D2=D+★ | 2~5(3) | 2~3(2) | 5~8(6) | 4~7(5) | 3~6(4) |
| F1=D1/2+★ | -1~1(0) | -1~1(0) | 1~3(1) | 1~3(1) | 0~2(0) |

(*) : Standards Spec
(F) : Flute, C.F : Corrugate Fiberboard

| REV. NO. | MM / DD / YY. | SIGNATURE | CHANGE NO. | CHANGE CONTENTS |
|---|---|---|---|---|
| 8 | | | | |
| 7 | | | | |
| 6 | | | | |
| 5 | | | | |
| 4 | | | | |
| 3 | | | | |
| 2 | OCT / 31 / 19 | LEE HO JU | EKLJA00697 | Change the Box design layout of "NEW logo" |
| 1 | JUL / 24 / 19 | HONG IN KI | EKLJ700421 | ADD logo & disclaimer change |

| | | |
|---|---|---|
| THIRD ANGLE PROJECT | SCALE: 1/10 | UNIT: mm |
| DRAWN | JAN / 16 / 19 | HONG IN KI |
| CHECKED | JAN / 17 / 19 | YUN KUM YOUNG |
| APPROVED | JAN / 18 / 19 | PARK BONG KYU |

LG Electronics

TV BOX UNIT

MAY693747(1P)