# Exhibit 7

**Internal User Only**

**LG Electronics**

| LGE P/N | BOX TYPE | MATERIAL | BOX INNER DIM. W | BOX INNER DIM. D | BOX INNER DIM. H | Print Type | PRINT COROR | FLAP | THOMSON | BOX COMPRESSION STRENGTH | END CRUSH STRENGTH | BURSTING STRENGTH | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY70069001 | P3 | Yellow_Flexo DW-7KBA [Refer to MAY66063208 Material Spec.] | 1863 | 212 | 1108 | Flexo | 2 | 1 | YES | min.450 kg.f | Refer to MAY66063208 Spec. | | 77G3 Front for NA |




PRINT COLOR
- : White
- : BLACK

BARCODE LABEL GUIDE
"D" Panel

LINES
- : Cutting Lines of Case Blanks
- : Crease Lines
- : Center Line
- : Soft Edge Cutting Lines
- : Glued Joint

BOX FORMAT




NOTE

1. SPECIFICATIONS

2. RoHS CONTENTMENT

3. INK REQUIREMENT FOR EU

3. HQ BOX Part Approval P/N (HQ BOX 부품번호 P/N) : MAY69429801

*Die Cutting Spec

| C.F / Spec | "★" Addition Spec A(F) | C(F) | BA(F) | BC(F) | EC(F) |
|---|---|---|---|---|---|
| W1=W+★ | 2~5(2) | 2~3(2) | 5~8(5) | 4~7(5) | 3~6(4) |
| D1=D+★ | 5~7(5) | 4~5(5) | 8~10(8) | 7~9(8) | 6~8(7) |
| W2=W+★ | 5~7(5) | 4~5(5) | 8~10(8) | 7~9(8) | 6~8(7) |
| D2=D+★ | 2~5(2) | 2~3(2) | 5~8(5) | 4~7(5) | 3~6(4) |
| F1=D1/2+★ | -1~1(0) | -1~1(0) | 1~3(1) | 1~3(1) | 0~2(0) |

(*) : Standards Spec
(F) : Flute, C.F : Corrugate Fiberboard

| REV. NO. | MM / DD / YY. | SIGNATURE | CHANGE NO. | CHANGE CONTENTS |
|---|---|---|---|---|
| 8 | | | | |
| 7 | | | | |
| 6 | | | | |
| 5 | | | | |
| 4 | AUG / 31 / '23 | KANG SUNG SOO | EKLN800509 | Modify Carbon Trust logo |
| 3 | JUN / 07 / '23 | KANG SUNG SOO | EKLN500670 | Modify Artwork of 2023 New and others (refer ECO contents and attachment) |
| 2 | MAR / 13 / '23 | KANG SUNG SOO | EKLN200730 | Add Matter logo |
| 1 | DEC / 23 / '22 | KANG SUNG SOO | DKLMC00650 | Modify USP Discription and adding Disclaimer |

| THIRD ANGLE PROJECT | SCALE | UNIT | DRAWN | NOV / 28 / '22 KANG SUNG SOO | TV BOX UNIT |
|---|---|---|---|---|---|
| | 1/12 | mm | CHECKED | NOV / 29 / '22 YEO SIM DONG | |
| LG Electronics | | | APPROVED | NOV / 30 / '22 PARK CHOEL JIN | MAY700690(1P) |

Internal User Only

LG Electronics

| LGE P/N | BOX TYPE | MATERIAL | BOX INNER DIM. W | D | H | Print Type | PRINT COROR | FLAP | THOMSON | BOX COMPRESSION STRENGTH | END CRUSH STRENGTH | BURSTING STRENGTH | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY70069002 | P3 | Yellow_Flexo DW-7KBA [Refer to MAY66063208 Material Spec.] | 1863 | 212 | 1108 | Flexo | 2 | 1 | YES | min.450 kg.f | Refer to MAY66063208 Spec. | | 77G3 Rear for NA |




PRINT COLOR
- □ : White
- ■ : BLACK

LINES
- Cutting Lines of Case Blanks
- Crease Lines
- Center Line
- Soft Edge Cutting Lines
- Glued Joint

BOX FORMAT




NOTE

1. SPECIFICATIONS

2. RoHS CONTENTMENT

3. INK REQUIREMENT FOR MU

3. HQ BOX Part Approval P/N (HQ BOX 부품인정 P/N) : MAY69429801

*Die Cutting Spec

| Spec \ C.F | "★" Addition Spec A(F) | C(F) | BA(F) | BC(F) | EC(F) |
|---|---|---|---|---|---|
| W1=W+★ | 2~5(2) | 2~3(2) | 5~8(5) | 4~7(5) | 3~6(4) |
| D1=D+★ | 5~7(5) | 4~5(5) | 8~10(8) | 7~9(8) | 6~8(7) |
| W2=W+★ | 5~7(5) | 4~5(5) | 8~10(8) | 7~9(8) | 6~8(7) |
| D2=D+★ | 2~5(2) | 2~3(2) | 5~8(5) | 4~7(5) | 3~6(4) |
| F1=D1/2+★ | -1~1(0) | -1~1(0) | 1~3(1) | 1~3(1) | 0~2(0) |

(*) : Standards Spec
(F) : Flute, C.F : Corrugate Fiberboard

| REV. NO. | MM / DD / YY. | SIGNATURE | CHANGE NO. | CHANGE CONTENTS |
|---|---|---|---|---|
| 8 | | | | |
| 7 | | | | |
| 6 | | | | |
| 5 | | | | |
| 4 | AUG / 31 / '23 | KANG SUNG SOO | EKLN800509 | Modify Carbon Trust logo |
| 3 | JUN / 07 / '23 | KANG SUNG SOO | EKLN500670 | Modify Artwork of 2023 New and others (refer ECO contents and attachment) |
| 2 | MAR / 13 / '23 | KANG SUNG SOO | EKLN200730 | Add Matter logo |
| 1 | DEC / 23 / '22 | KANG SUNG SOO | DKLMC00650 | Modify USP Discription and adding Disclaimer |

THIRD ANGLE PROJECT

| SCALE | UNIT |
|---|---|
| 1/12 | mm |

DRAWN NOV / 28 / '22 KANG SUNG SOO
CHECKED NOV / 29 / '22 YEO SIM DONG
APPROVED NOV / 30 / '22 PARK CHOEL JIN

LG Electronics

TV BOX UNIT

MAY700690(2P)