# Exhibit 15

# LG CONTENT STORE

us.lgappstv.com/main/terms

In the process of improving our smart TVs, we periodically update our legal notices and agreements. This page contains the most recent versions of the legal documents for our smart TVs. Legal documents applicable to your smart TV may be different from those listed here, as it depends on the model of the TV and the current version of software. You can find the legal documents specifically applicable to your smart TV on the TV itself.

Archived

## Terms of Use

Terms of Use

Our Terms of Use govern your use of Smart Media Product (including but not limited to Smart TV, monitors, or any other internet-based Media Products) Services. They set out our responsibilities to you and identify the “dos” and “don’ts” that you should be aware of when you use the Smart Media Product Services, including important restrictions on your use of the services. Note that not all Smart Media Product features and services are available in all countries and models. Depending on where you live and what model of Smart Media Product you own, certain features and services may not be available to you. Smart Media Product Services may be completely unavailable or severely restricted if your Smart Media Product has not been certified to comply with applicable laws and technical regulations in your region.

**Terms of Use**

PLEASE READ THESE TERMS OF USE CAREFULLY BEFORE ACCESSING OR USING THE SMART MEDIA PRODUCT SERVICES

1. Introduction
2. Information about us
3. What do these Terms of Use cover?
4. Service Access and Availability
5. Recommended Contents
6. Are there any restrictions on my use of the Services?
7. Will LGE make changes to the Services after I start using them?

8. Interactive Advertising
9. Third Party Apps and Services
10. Suitability of the Services for children and parental control tools
11. LG Account and Apps (or LG Content Store)
12. Your account and password
13. Intellectual property rights
14. Will my Personal Information be protected?
15. Viruses and Security
16. Indemnification
17. Limitation of our liability
18. Force Majeure
19. Confidentiality
20. Complaints
21. Dispute Resolution for United States Residents
22. Choice of Law and Disputes
23. Miscellaneous
24. Changes to LGE's Terms of Use
25. No Waiver
26. Contacting LGE about these Terms of Use
EXHIBIT A : Application License Agreement
EXHIBIT B : AI- Based Service Terms

1. Introduction

Welcome to Smart Media Product Services (“Services”), which are made available to you by LG Electronics Inc. and its family of companies (together, “LGE” or “we”).

These Terms of Use (together with any documents that they refer to) apply to those individuals and groups who use the Services. They set out LGE’s responsibilities to you as well as identify the “dos” and “don’ts” that you should be aware of when you use the Services. In particular they cover:

• What you should expect in terms of availability of the Services;

• Important restrictions on your use of the Services;

• Situations where LGE may make changes to the Services subject to what is permissible under applicable laws; and

• The terms on which third party apps and content may be provided or otherwise made available to you when you are using the Services.

By accessing or using the Services you confirm that you accept these Terms of Use and that you agree to comply with them. If you do not agree to these Terms of Use, you may not access or use the Services.

You should also review our Privacy Policy before you access the Services, as this sets out important information about how we may use your personal information when you are using the Services.

Further information on what we mean by the "Services" is set out in paragraphs below, entitled "What do these Terms of Use cover."

2. Information about us

LG Electronics Inc. is a corporation registered in the Republic of Korea under registration number [107-86-14075] with its registered office at LG Twin Towers, 128 Yeoui-daero, Yeongdeungpo-gu, Seoul 07336, Republic of Korea. Our main trading address is LG Twin Towers, 128 Yeoui-daero, Yeongdeungpo-gu, Seoul 07336, Republic of Korea and our email address is [tv.privacy@lge.com].

3. What do these Terms of Use cover?

These Terms of Use apply to all use of the Services regardless of the country in which the individual or group using the Services is based or the model of Smart Media Product that they own. Depending on the country in which you are based and the model of Smart Media Product that you own, the Services might include some or all of the features.

Your Smart Media Product also provides you with access to additional Services which might require you to create an LG Account prior to use ("Member-only Services"), and therefore may be subject to separate terms.

You may create an LG Account either through your Smart Media Product or through our website [http://www.lgappstv.com].

Some of the Member-only Services include optional add-ons which require payment. Paid Services will be subject to additional terms.

We provide AI -based Services within our Smart Media Products under the Exhibit B AI-Based Service Terms. By using and accessing our AI -based Services, you agree to Exhibit B AI-Based Service Terms, which may be amended from time to time.

From time to time we may make new Services available through your Smart Media Product. New terms may apply to these Services and any resulting material changes to these Terms of Use will be notified to you as described in relevant paragraphs below.

To the extent that any conflict arises between these Terms of Use and any other document referred to in these Terms of Use, these Terms of Use will take precedence, unless clearly stated otherwise in the relevant document.

4. Service Access and Availability

We use commercially reasonable efforts to (a) provide the Services on a high quality basis without undue disruption, interruption or delay; (b) keep any disruption, interruption or delay of the Services to a minimum; and (c) give you reasonable notice of any planned disruption, interruption or delay.

You are responsible for making all the arrangements necessary for you to have access to the Services. In particular you will need a suitable power supply and a reliable broadband connection and you should be careful that you do not exceed any limit on your broadband allowance. We are not accountable if your access to the Services is interrupted or unavailable

due to problems with your power supply or broadband connection outside of LGE's control. To enjoy a high quality experience when using your Smart Media Product, we recommend that you use a high speed broadband connection.

Even if your broadband connection is sufficiently high speed, the quality of your Smart Media Product experience may be affected by external factors which are outside our control, such as the availability of digital TV channels in your particular area or adverse weather conditions. To the extent specified in relevant paragraph of these Terms of Use, we are not accountable for any loss or damage that such external factors genuinely outside of LGE's control may cause to you.

5. Recommended Contents

To help you navigate through a variety of contents that matches with your personal interests, we consider various factors such as the information you provide to us (e.g., search keyword, viewing information/history, clicking frequency of particular contents/genre). Certain recommended contents may also be based on the popularity analysed from aggregated usage data of other end users. We may collect and use your personal information for recommendation if you agree to the relevant agreements. Please refer to our Privacy Policy and additional terms to understand such data collection and usage.

6. Are there any restrictions on my use of the Services?

The Services are provided for the personal enjoyment of individuals or groups in possession of a Smart Media Product, whether within a domestic or commercial premises (for example a bar or hotel) and may only be used in accordance with these Terms of Use. You agree not to:

• Modify, copy, reproduce, rebroadcast, or retransmit any content that you may access through your use of the Services, except in accordance with the right granted to you under relevant paragraphs below or as authorized by applicable law;

• Disassemble, reverse engineer or otherwise decompile your Smart Media Product and/or any software, applications, upgrades or updates made available to you through the Services

or installed on your Smart Media Product, except as authorized by applicable law or these Terms of Use;

• Otherwise use the Services in any way or for any purpose which may infringe the intellectual property rights of any third party;

• Knowingly introduce viruses, Trojans, worms or other technologically harmful materials to the Services;

• Access or use the Services for any unlawful purpose; or

• Engage in activities that interfere with or disrupt: (i) any LG Account or Apps (or LG Content Store); or (ii) any services offered through any other server, network, service or website associated with an LG Account or Apps (or LG Content Store); or

• Act in contravention of any license made available with your Smart Media Product.

You are responsible for ensuring that all persons who access the Services through your Smart Media Product are aware of these Terms of Use and other applicable terms and conditions, and that they comply with them.

These Terms of Use are effective until terminated either by you or by LGE, as the case may be. You may choose to terminate these Terms of Use by entering into the “User Agreements” menu on your Smart Media Product at any time; once you terminate these Terms of Use you will no longer be able to use the Services.

We may terminate these Terms of Use at any time by providing 30 days prior notice of termination via “Notification” menu in your Smart Media Product or by other suitable means which ensure that you will be able to take note of the termination.

We may terminate these Terms of Use at any time if;

• You are in breach of these Terms of Use;

• You have clearly expressed or demonstrated (regardless of whether directly or through your actions or statements or otherwise) that you do not intend to comply with these Terms of Use;

• We or any of our supplier or partner providing the Services to or together with us decide to terminate the Services, in whole or any parts thereof, or if any of our supplier or partner decides to terminate the entire relationship with us, regardless of the reason of such termination, including where we or any of our supplier or partner are of the opinion that the provision of the Services or parts thereof to you or to us or together with us are no longer commercially feasible; and

• We or any of our supplier or partner providing the Services to or together with us are required to terminate the provision of the Services or any parts as a result of the applicable laws, regulations or court rulings.

7. Will LGE make changes to the Services after I start using them?

We are always striving to update and improve our products and services to give our customers the best possible service.

The Services may need to be updated from time to time. If you do not download such updates, your use of the Services may not be secure, and you may not receive certain features, functionality, or notices and/or you may lose access to certain features, functionality, or notices related to the Services.

If any of the updates go beyond what is necessary to keep the Services in conformity and negatively impact your access or use of the Services in a more than minor way, we will give you a reasonable prior notice of such updates. In such case, your continued use of the Services after a period of 30 days from when the update comes into effect will confirm your acceptance of the update. If you do not agree to the update, you must stop using the Services.

We may choose to make changes to the Services subject to LGE’s internal policies without prior notice for certain urgent issues such as:

• Improve functionality or offer you additional or alternative functionality;

• Change a service provider or a business partner for a certain feature;

• Provide a “fix” for identified “bugs” or errors;

• Address an actual or potential security breach; or

• Comply with a change in applicable laws or regulations.

If we do make any significant changes to the Services, we may inform you as necessary by appropriate means.

Please note that third parties (whose services are accessible via the Services, such as content providers) may upgrade/update or remove their own services and content from time to time due to their policies and that we do not accept any responsibility for any such upgrades/updates or removals.

8. Interactive Advertising

Interactive advertising may be displayed through your Smart Media Product. If you click on an interactive advertisement, you may be taken to content or a website provided by a third party, or alternatively, you may be given the option to submit information to a third party, which could include your contact details. More information on how we process your data, is available in our Privacy Policy.

Each third party advertiser is solely responsible for the content of its advertising material. We do not accept any responsibility for the content of third party advertising material, including any errors, omissions or inaccuracies in such material.

9. Third Party Apps and Services

The Services provide access to apps and link to other services owned and operated by third parties, and such third parties may collect, receive or use information such as Device Information or Basic Usage Information.

Any third party apps, services and content that you access via the Services are made available to you by those third party providers and are outside the scope of these Terms of Use. Your dealings with any third party providers are solely between you and the relevant provider and may be subject to the provider's own terms and conditions and privacy policy. We encourage you to read these documents, although we are not responsible for their content. Especially with regards to broadcasting services (e.g., HbbTV), such services are the responsibility of the service providers and exchange of information may occur between you and the service providers.

Although we take reasonable care to monitor such apps, services and content, we are not accountable for apps, services or content provided by third party providers, over which we have no control.

10. Suitability of the Services for children and parental control tools

The Services are not directed at children under the age of majority according to the applicable law and are not structured specifically to attract minors. Further, certain content that you may access through your use of the Services may contain material that you consider indecent, objectionable or which may not be suitable for children.

If you permit a child to use your Smart Media Product to access the Services, you are solely responsible for deciding whether or not the relevant Services are appropriate for access by that child.

Your Smart Media Product offers a parental control tool (by way of a 4 digit PIN) in the Smart Media Product settings menu. If you have enabled the 4 digit PIN, your Smart Media Product will not display restricted content unless you type in the PIN. If relevant, you are responsible

for setting up and maintaining the parental control tool and any other controls that are available. Depending on the model of your Smart Media Product, certain features may not be available.

11. LG Account and Apps (OR LG CONTENT STORE)

YOU MUST BE ABOVE THE AGE OF MAJORITY ACCORDING TO THE APPLICABLE LAW TO USE OR ACCESS AN LG ACCOUNT MEMBERSHIP AND APP STORE SERVICE (“APPS” or “LG CONTENT STORE”). IF YOU ARE UNDER THE AGE OF MAJORITY, YOU MUST HAVE YOUR PARENT OR LEGAL GUARDIAN’S PERMISSION TO USE OR ACCESS AN LG ACCOUNT MEMBERSHIP OR THE APPS (or LG CONTENT STORE).

THE TERMS OF THIS PARAGRAPH APPLY TO YOUR USE OF THE APPS (or LG CONTENT STORE). THE APPLICATIONS PROVIDED THROUGH THE APPS (or LG CONTENT STORE) (AN "APPLICATION") ARE LICENSED BY THE RELEVANT APPLICATION PROVIDER OF THE APPLICATION (“APPLICATION PROVIDER”) TO YOU, THE ORIGINAL END-USER, SOLELY FOR YOUR PERSONAL USE AS SET FORTH BELOW IN EXHIBIT A AND SUBJECT TO ANY APPLICABLE END-USER APPLICATION LICENSE AGREEMENT THAT IS PRESENTED TO YOU BY THE APPLICATION PROVIDER.

You agree to use the Apps (or LG Content Store) and the Applications only for personal, non-commercial use. You agree not to access or attempt to access the Apps (or LG Content Store) by means other than through the interface or software that is provided by LGE, unless LGE specifically authorizes you do to so by written agreement.

LGE reserves the right to add, remove, disable access to, block, or modify the Apps (or LG Content Store), and to add, remove, disable access to, block, or modify remotely any Applications previously downloaded to your device from the Apps (or LG Content Store), including for reasons of changes to obligations or restrictions with third parties, an Application Provider’s violation of an Agreement with LGE, or due to a court order. LGE may limit the use of or access to certain features or portions of the Apps (or LG Content Store) or Applications downloaded from the Apps (or LG Content Store). If LGE removes, disables access to, or otherwise blocks you from accessing an Application, please contact the Application Provider for further action.

LGE may monitor any materials submitted by you or otherwise available on the Apps (or LG Content Store) or in the Applications, to investigate any reported or apparent violation of these Terms of Use, and to take action that LGE in its sole discretion deems appropriate.

You agree that the Apps (or LG Content Store) and the Applications available through the Apps (or LG Content Store), including but not limited to the graphics, editorial content, audio clips, video clips, and software, contain proprietary information and material that is owned by LGE, Application Providers, or other third parties. Neither you nor anyone acting on your behalf, shall acquire any intellectual property rights or other proprietary rights, including patents, designs, trademarks, copyrights or trade secrets relating to the content in the Apps (or LG Content Store) or in the Applications, except as expressly specified in an appropriate license or mutually agreed upon in writing.

Should you have any issues or questions regarding the Apps (or LG Content Store), please visit [http://lgappstv.com] or please contact [tv.privacy@lge.com]. Please note that this link may not be available in certain countries. Also, LGE does not provide support for the Applications and you should contact the Application Provider directly.

12. Your account and password

If you choose, or you are provided with, a user identification code, password, PIN or any other piece of information as part of our security procedures, including if you sign up as a member of LG Account, you must treat this information as confidential. You must not disclose it to any third party.

You are responsible for all actions that take place as a result of access to the Services via your identification code, password or PIN (assuming such access was not in any way caused by an act or omission of LGE).

We have the right to disable any user identification code, password or PIN, whether chosen by you or allocated by us, at any time, if we reasonably believe that you have failed to comply with any of the provisions of these Terms of Use.

If you know or suspect that anyone other than you knows your user identification code, password or PIN, or you become aware of any other breach of the security measures on your Smart Media Product, you must promptly reset the relevant security measures.

13. Intellectual property rights

We are the owner or the licensee of all intellectual property rights in the Services and these rights are protected by intellectual property laws and treaties around the world. This includes any content that you may access through the Services (other than third party content and your own content) such as images and text in which we own the copyright, as well as our trademarks, service names and logos (collectively “our Content”).

We grant to you a non-exclusive, non-transferable (except where you dispose of your Smart Media Product to a third party) right to view and use our Content via the Services for the personal enjoyment of those individuals and groups with viewing access to your Smart Media Product (whether within a domestic or commercial premises), in accordance with these Terms of Use. You must not use our Content beyond the scope of this right and in particular you agree not to modify, copy, reproduce, rebroadcast, or retransmit any of our Content.

It is important to us that the LG Brand and all of our Content are fully protected from misuse. You must not, in any circumstances, use our Content except as stated in this paragraph. If you breach this requirement, we may immediately discontinue your access to the Services and we may require you to return or destroy any copies of our Content that you have made.

The ownership and/or licensing of any intellectual property rights in any third party apps, services and content that you access through your use of the Services is outside of our control and should be addressed by any terms made available to you by the relevant third party provider(s). You should consult the relevant third party provider for further information.

14. Will my Personal Information be protected?

We are committed to protecting your personal information when you are using the Services. To find out what information we collect about you and how we may use it, please see our Privacy Policy.

15. Viruses and Security

We use commercially reasonable efforts to ensure that the Services are secure and virus free, but those efforts cannot and do not guarantee that the Services will be free from bugs, viruses, or other vulnerabilities.

Further, we are not accountable for any loss or damage caused by a virus, distributed denial-of-service attack, or other technologically harmful material that may infect your Smart Media Product, data or other material belonging to you, during your use of the Services.

16. Indemnification

To the maximum extent permitted by law, you agree to defend, indemnify and hold LGE, its directors, officers, employees, affiliates, and agents harmless from and against any and all claims arising out of your breach of these Terms of Use, your use of the Services, the Apps (or LG Content Store), or your use of any Applications downloaded from the Apps (or LG Content Store).

17. Limitation of our liability

THE SERVICES ARE PROVIDED “AS IS.”

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, YOUR USE OF THE SERVICES AND ANY CONTENT MADE AVAILABLE IS ENTIRELY AT YOUR OWN RISK AND WE EXCLUDE ALL CONDITIONS, WARRANTIES, REPRESENTATIONS OR OTHER TERMS WHICH MAY APPLY TO THE SERVICES, WHETHER EXPRESS OR IMPLIED.TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW AND EXCEPT AS EXPRESSLY PROVIDED TO THE CONTRARY IN ANY APPLICABLE PRODUCT WARRANTY DOCUMENTATION, WE WILL NOT BE LIABLE TO YOU FOR ANY LOSS OR DAMAGE, WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), BREACH OF STATUTORY DUTY, OR OTHERWISE, EVEN IF FORESEEABLE, ARISING UNDER OR IN CONNECTION WITH:

• ANY USE YOU CHOOSE TO MAKE OF THE SERVICES;

• YOUR USE OF OR RELIANCE ON ANY CONTENT THAT YOU ACCESS THROUGH USE OF THE SERVICES;

• ANY FAILURE BY YOU TO COMPLY WITH THESE TERMS OF USE OR WITH ANY OTHER APPLICABLE TERMS, INCLUDING THIRD PARTY TERMS AND CONDITIONS RELATING TO EXTERNAL SERVICES OR CONTENT; OR

• ANY LOSS OF DATA FROM OR DAMAGE TO YOUR SMART MEDIA PRODUCT.

TO THE EXTENT THAT YOU CHOOSE TO USE THE SERVICES FOR ANY COMMERCIAL OR BUSINESS PURPOSES, WE ARE NOT ACCOUNTABLE FOR ANY INDIRECT OR CONSEQUENTIAL LOSS OR FOR ANY LOSS OF PROFIT, LOSS OF BUSINESS, BUSINESS INTERRUPTION, OR LOSS OF BUSINESS OPPORTUNITY THAT YOU MAY SUFFER IN CONNECTION WITH SUCH USE OF THE SERVICES.

FOR ANY LOSS OR DAMAGE SUFFERED BY YOU OR ANYONE ELSE WHICH MAY ARISE OUT OF OR IN CONNECTION WITH THE SERVICES, WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, AND WHICH IS NOT COVERED BY THE ABOVE PROVISIONS, THE TOTAL LIABILITY OF LGE AND OUR SUBSIDIARIES, WHICH REFERS TO COMPANIES AFFILIATED WITH LGE BY COMMON OWNERSHIP OR CONTROL, TO YOU IS LIMITED TO THE AMOUNT THAT YOU PAID FOR YOUR SMART MEDIA PRODUCT.

Nothing in these Terms of Use excludes or limits:

• Your legal rights as a consumer; or

• Our liability for death or personal injury arising from our negligence, for fraud or fraudulent misrepresentation, or any other liability that cannot be excluded or limited by applicable law.

18. Force Majeure

We are not liable or responsible, to the extent specified in these Terms of Use, for delay in our performance of, or any failure to perform any of our obligations under these Terms of Use that is caused by exceptional events genuinely outside our reasonable control (“Force Majeure”), in particular (but not limited to) (a) acts, decrees, legislation, regulations or restrictions of any government; (b) unavailability of public or private telecommunication networks; or (c) strikes, lock-outs or other industrial action, civil commotion, riot, invasion, terrorist attacks or threats of terrorist attacks, war (whether declared or not) or any natural disaster. We will provide you with reasonable prior notice, where possible, according to the circumstances.

Subject to the paragraph below, our performance under these Terms of Use is deemed to be suspended for the period that Force Majeure continues, and we will have an extension of time for performance for the duration of that period.

We will use our reasonable efforts to bring the Force Majeure to an end or to find a solution by which our obligations under these Terms of Use may be performed despite the Force Majeure.

19. Confidentiality

The Services may contain information which is confidential to us including, but not limited to, all information marked or designated as confidential or recognizable as trade or business secrets or for other reasons recognizable or made available to you as confidential.

Unless stated otherwise in these Terms of Use you will (a) keep such information confidential for an unlimited period of time and not disclose such information without our prior written consent and (b) neither record or otherwise use such information unless required for the purposes of these Terms of Use.

This confidentiality obligation shall not apply in the event that you are required to disclose information which is confidential to us in accordance with applicable law. In this case and to the extent permissible by applicable law, you will notify us immediately of any disclosure of any information which is confidential to us.

20. Complaints

If you have any queries, concerns or complaints about the Services, please contact [tv.privacy@lge.com].

21. DISPUTE RESOLUTION FOR UNITED STATES RESIDENTS

(a) Generally. In the interest of resolving disputes between you and LGE in the most expedient and cost effective manner, you and LGE agree that any and all disputes arising in connection with this EULA shall be resolved by binding arbitration. Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, may allow for more limited discovery than in court, and can be subject to very limited review by courts. Arbitrators can award the same damages and relief that a court can award. Our agreement to arbitrate disputes includes, but is not limited to all claims arising out of or relating to any aspect of this EULA, whether based in contract, tort, statute, fraud, misrepresentation or any other legal theory, and regardless of whether the claims arise during or after the termination of this EULA. YOU UNDERSTAND AND AGREE THAT, BY ENTERING INTO THIS EULA, YOU AND LGE ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION.

(b) Exceptions. Notwithstanding Section 12(a), we both agree that nothing herein will be deemed to waive, preclude, or otherwise limit either of our rights to (i) bring an individual action in small claims court, (ii) pursue enforcement actions through applicable federal, state, or local agencies where such actions are available, (iii) seek injunctive relief in a court of law, or (iv) to file suit in a court of law to address intellectual property infringement claims.

(c) Arbitrator. Any arbitration between you and LGE will be governed by the Consumer Arbitration Rules ("AAA Rules") of the American Arbitration Association ("AAA"), as modified by this EULA, and will be administered by the AAA. The AAA Rules and filing forms are available online at www.adr.org, by calling the AAA at 1-800-778-7879, or by contacting LGE.

(d) Notice; Process. In the event you intend to commence an arbitration proceeding, you must first notify LG in writing at least 30 days in advance of initiating the arbitration by sending a letter to LG at LG Electronics, USA, Inc. Attn: Legal Department- Arbitration 1000 Sylvan Ave,

Englewood Cliffs 07632. You and LG agree to engage in good faith discussions in an attempt to amicably resolve your claim. The notice must provide your name, address, and telephone number; identify the product that is the subject of the claim; and describe the nature of the claim and the relief being sought. If you and LG are unable to resolve the dispute within 30 days, either party may proceed to file a claim for arbitration. During the arbitration, the amount of any settlement offer made by you or LGE shall not be disclosed to the arbitrator until after the arbitrator makes a final decision and award, if any.

(e) Fees. In the event that you commence arbitration in accordance with this EULA, LGE will promptly pay all arbitration filing fees to AAA upon receipt of your written demand for arbitration, unless your claim is for greater than $25,000, in which case the payment of any fees shall be decided by the AAA Rules. If the claim is for $25,000 or less, you may choose whether the arbitration will be conducted (i) solely on the basis of documents submitted to the arbitrator; (ii) through a non-appearance based telephonic hearing; or (iii) by an in-person hearing as established by the AAA Rules. The arbitration hearing will take place at a location within the federal judicial district in which you reside unless we both agree to another location or we agree to a telephonic arbitration. Except as otherwise provided for herein, LG will pay all AAA filing, administration and arbitrator fees for any arbitration initiated in accordance with the AAA Rules and this arbitration provision. If you prevail in the arbitration, LG will pay your attorneys' fees and expenses as long as they are reasonable, by considering factors including, but not limited to, but not limited to, the purchase amount and claim amount. Notwithstanding the foregoing, if applicable law allows for an award of reasonable attorneys' fees and expenses, an arbitration can award them to the same extent that a court would. If the arbitrator finds that either the substance of your claim or the relief sought in the Demand is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)), then the payment of all fees will be governed by the AAA Rules. In such case, you agree to reimburse LGE for all monies previously disbursed by it that are otherwise your obligation to pay under the AAA Rules. Regardless of the manner in which the arbitration is conducted, the arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the decision and award, if any, are based. The arbitrator may make rulings and resolve disputes as to the payment and reimbursement of fees or expenses at any time during the proceeding and upon request from either party made within 14 days of the arbitrator's ruling on the merits.

(f) No Class Actions. YOU AND LGE AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING.

Further, unless both you and LGE agree otherwise, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding.

(g) Opt-Out. You may opt out of this dispute resolution procedure. If you opt out, neither you nor LG can require the other to participate in an arbitration proceeding. To opt out, you must send notice to LG no later than 30 calendar days from the date of the first consumer purchaser's purchase of the product by either: (i) sending an e-mail to [optout@lge.com], with the subject line: “Arbitration Opt Out” or (ii) calling 1-800-980-2973. You must include in the opt out e-mail or provide by telephone: (a) your name and address; (b) the date on which the product was purchased; (c) the product model name or model number; and (d) the serial number (the serial number can be found (i) on the product; or (ii) online by accessing [https://www.lg.com/us/support/repair-service/schedule-repair-continued] and clicking on “Find My Model & Serial Number”).

You may only opt out of the dispute resolution procedure in the manner described above (that is, by e-mail or telephone); no other form of notice will be effective to opt out of this dispute resolution procedure. Opting out of this dispute resolution procedure will not affect the coverage of the Limited Warranty in any way, and you will continue to enjoy the full benefits of the Limited Warranty. If you keep this product and do not opt out, then you accept all terms and conditions of the arbitration provision described above.

(h) Modifications. In the event that LGE makes any future change to this arbitration provision (other than a change to LGE's address for Notice), you may reject any such change by sending us written notice within 30 days of the change to LGE's address for Notice.

22. Choice of Law and Disputes

These Terms of Use are governed by the laws of the country where your Smart Media Product is sold and both you and LGE agree to submit to the exclusive jurisdiction of the courts of the country where your Smart Media Product is sold in connection with the same.

If you are a consumer and have your habitual residence in the European Union you (i) benefit from the statutory consumer protection pursuant to the mandatory provisions of the laws of

the country of your residence and (ii) may bring a claim or complaint to enforce your consumer protection rights before the courts of the country of your residence or domicile.

23. Miscellaneous

Unless expressly stated otherwise, these Terms of Use and the documents referred to in them contain the entire agreement between us and you relating to your use of the Services and supersede any previous agreements, arrangements, undertakings or proposals, written or oral, between us and you relating to your use of the Services.

We may assign, sub-contract or otherwise transfer any or all of our rights and obligations under these Terms of Use to any company, firm or person. We can only do this if it does not affect or diminish your rights under these Terms of Use. You may not assign, sub-contract or otherwise transfer your rights or obligations under these Terms to anyone else (except where you dispose of your Smart Media Product to a third party) unless you first agree this with us in writing.

If we decide not to exercise or enforce any right that we have against you at a particular time, then this does not prevent us from later deciding to exercise or enforce that right.

If any part of these Terms of Use is found to be illegal, invalid or otherwise unenforceable by a court or regulator, then, where required, that part shall be deleted and the remaining parts of the Terms of Use will continue to be valid and enforceable.

Except as otherwise provided in these Terms of Use, these Terms of Use do not create or infer any rights that are enforceable by any person who is not party to them.

24. Changes to LGE's Terms of Use

We are allowed to change or amend our Terms of Use from time to time to correct editorial defects or phrase them more clearly without notice.

We will provide you with at least 30 days prior notice before the changes become effective ("Notification Period") in case any material changes to our Terms of Use are made, via the "Notification" menu in your Smart Media Product or by other suitable means which ensure that you will be clearly notified that we have sent you a message.

Such amendments will be justified by changes in the Services offered such as changes to add new features or remove unused or unpopular features, changes in our activity such as those due to a change of a service provider or a business partner for a certain feature, changes which are necessary to address bugs, errors or security, changes due to legal obligations, changes in the economic and business environment, changes aimed at improving functionality or offer you additional or alternative functionality, changes to reflect changes in applicable laws, case-law or market conditions.

You may accept the revised Terms of Use by either providing your express consent or by your continued use of our Services after expiry of the Notification Period. In this case you are bound by and we will treat you as bound by the revised Terms of Use from the date on which the revised Terms of Use become effective. You are free to terminate your agreement to these Terms of Use at any time should you choose not to accept the revised Terms of Use.

25. No Waiver

If we do not exercise or enforce any legal rights or remedies which are set out in these Terms of Use or which we have the benefits of under any applicable law, this will not be construed as a formal waiver of our rights or remedies and: (i) such rights or remedies will remain available to us; and (ii) we may later decide to exercise or enforce that right.

26. Contacting LGE about these Terms of Use

If you have any questions or comments about these Terms of Use please contact [tv.privacy@lge.com].

**Last updated: [January 2026]**

Thank you for using the Services.

**EXHIBIT A : Application License Agreement**

THE FOLLOWING TERMS AND CONDITIONS (THIS “APPLICATION LICENSE AGREEMENT”) APPLY TO YOUR USE OF EACH APPLICATION YOU DOWNLOAD FROM THE APPS (or LG CONTENT STORE) (EACH, AN “APPLICATION”) AND SUPPLEMENT THE SMART MEDIA PRODUCT SERVICES TERMS OF USE SET FORTH IN THE PARAGRAPHS ABOVE. BEFORE USING ANY APPLICATION, CAREFULLY READ THIS APPLICATION LICENSE AGREEMENT.

You acknowledge that the license granted hereunder is granted to you by the provider of the Application (“Application Provider”) and not by LGE. If the Application Provider provides an End User License Agreement (“EULA”) with the Application, those terms shall supplement this Application License Agreement. As between you and the Application Provider, any additional or different terms in such EULA shall take precedence over the terms in this Application License Agreement.

You acknowledge and agree that LGE is a third party beneficiary of this Application License Agreement and any EULA, if so provided.

1. Grant of License: You are hereby granted a limited, non-transferable license to use the Application on your Smart Media Product and in the manner set forth in this Application License Agreement. You may not rent, lease, lend, sell, redistribute or sublicense the Application. You may not alter, adapt, vary, modify, reverse engineer, decompile, or disassemble the Application, except and only limited to the extent that such activity is expressly permitted by applicable law. Any attempt to do so is a violation of the rights of the Application Provider. The terms of the license will govern any upgrades provided by the Application Provider that replace and/or supplement the original Application, unless such upgrade is accompanied by a separate license in which case the terms of that license will govern. The Application Provider reserves all rights in and to the Application not expressly granted to you under this Application License Agreement.

2. Consent to Use of Data: You agree that the Application Provider may collect and use technical and related information, gathered in any manner, as part of product support services

related to the Application. The Application Provider may use this information solely to improve its products or to provide customized services or technologies to you. The Application Provider may disclose this information to others, but not in a form that personally identifies you.

3. Termination: The license is effective until terminated by you or the Application Provider. Upon termination of the license, you shall cease all use of the Application, and destroy all copies, full or partial, of the Application, including any accompanying documentation.

4. Third Party Material; Objectionable Content: You understand, acknowledge and agree that certain Applications may provide access to products, services, web content or other third-party materials and that LGE is not responsible for such third party content. Although LGE take reasonable care to monitor such content, you agree that LGE is not responsible for examining or evaluating the third party content or the accuracy of such content. LGE does not make any representations or warranties regarding, and accepts no liability in respect of, such third party content.

You understand, acknowledge, and agree that by accessing and downloading Applications from the Apps (or LG Content Store) that you may encounter material that you may deem explicit or is offensive, indecent or objectionable to you, and that you may not be warned about such material in advance.

5. NO WARRANTY: YOU EXPRESSLY ACKNOWLEDGE AND AGREE THAT USE OF THE APPLICATION IS AT YOUR SOLE RISK AND THAT ACCESS TO THE APPLICATION IS PROVIDED TO YOU ON AN “AS IS” AND “AS AVAILABLE” BASIS AND WITHOUT ANY WARRANTY OF ANY KIND OR NATURE. THE APPLICATION PROVIDER DOES NOT WARRANT THAT USE OF THE APPLICATION WILL BE UNINTERRUPTED OR ERROR FREE. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE APPLICATION PROVIDER EXPRESSLY DISCLAIMS ANY IMPLIED OR STATUTORY TERMS, CONDITIONS OR WARRANTIES, INCLUDING WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, ACCURACY, CORRESPONDENCE WITH DESCRIPTION, SATISFACTORY QUALITY AND NON-INFRINGEMENT. THE APPLICATION PROVIDER MAKES NO WARRANTY OF ANY KIND, WHETHER EXPRESS OR IMPLIED, WITH REGARD TO ANY THIRD PARTY SOFTWARE OR OPEN SOURCE SOFTWARE.

6. LIMITATION OF LIABILITY:

NOTHING IN THIS LIMITATION OF LIABILITY LIMITS OR EXCLUDES THE APPLICATION PROVIDER'S LIABILITY FOR DEATH OR PERSONAL INJURY CAUSED BY NEGLIGENCE, FOR REPRESENTATIONS MADE FRAUDULENTLY, OR FOR ANY OTHER LIABILITY WHICH CANNOT BE LIMITED OR EXCLUDED BY APPLICABLE LAW. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE APPLICATION PROVIDER SHALL NOT BE LIABLE FOR INCIDENTAL, CONSEQUENTIAL, INDIRECT, SPECIAL, OR PUNITIVE DAMAGES OF ANY KIND, LOSS OF INFORMATION OR DATA, LOSS OF REVENUE, LOSS OF BUSINESS OR OTHER FINANCIAL LOSS ARISING OUT OF OR IN CONNECTION WITH THE LICENSE OR USE OF THE APPLICATION, WHETHER BASED IN CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT PRODUCT LIABILITY OR ANY OTHER THEORY, EVEN IF THE APPLICATION PROVIDER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND EVEN IF ANY LIMITED REMEDY IS DEEMED TO HAVE FAILED OF ITS ESSENTIAL PURPOSE. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE APPLICATION PROVIDER'S ENTIRE LIABILITY SHALL BE LIMITED TO REPLACEMENT, REPAIR, OR REFUND OF THE PURCHASE PRICE PAID FOR THE APPLICATION, AT THE APPLICATION PROVIDER'S OPTION. IN NO EVENT WILL THE APPLICATION PROVIDER BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY DIRECT, INDIRECT, PUNITIVE, EXEMPLARY, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES ARISING OUT OF ANY THIRD PARTY SOFTWARE OR OPEN SOURCE SOFTWARE, EVEN IF THE APPLICATION PROVIDER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR LOSSES.

7. You agree that you will not export or re-export the Application or accompanying documentation (or any copies thereof) in violation of any applicable laws or regulations. You agree to comply with all applicable export laws and regulations. These laws include restrictions on destinations, end users, and end use. You represent and warrant that you are not prohibited from receiving exports or services under any applicable export laws.

8. By accepting this Application License Agreement, you agree that such agreement (including any applicable EULA and all incorporated or referenced documents herein or therein) sets forth the entire agreement between you and the Application Provider, and supersedes all prior agreements, whether written or oral, with respect to the Application, notwithstanding the terms or conditions of any such prior agreements. If the Application Provider fails to enforce any

right or provision in this Application License Agreement, such failure will not constitute a waiver of such right or provision.

**EXHIBIT B : AI- Based Service Terms**

We provide AI-based services within our Smart Media Products, that utilize artificial intelligence for features including but not limited to image generation, content recommendations, information retrieval, subtitle translation, and enhancement of picture and sound quality. By agreeing to the terms below, you may access and use our AI-based services.

• Due to the inherent characteristics and limitations of artificial intelligence technologies, the outputs generated by our AI-based services may, at times, be incomplete, inaccurate, inappropriate, or otherwise unreliable, and may not reflect our views or positions. We make no representations or warranties, express or implied, regarding the truthfulness, completeness, integrity, accuracy, appropriateness, or safety of any AI-generated content or any output. You acknowledge and agree that you are solely responsible for evaluating and verifying the accuracy, appropriateness, and safety of any results before relying on, using, or sharing them. To the fullest extent permitted by law, we disclaim all liability arising from or related to any reliance on such outputs.

• Outputs generated by the AI-based services, including those produced by generative AI are provided for informational purposes, , are not intended to constitute or substitute for professional advice. You must not represent AI-generated content as human-created, factual, or as the original source of information. You are solely responsible for ensuring that Your use of the AI-based services and any content generated through them does not infringe, misappropriate, or otherwise violate the rights of any third party, or create, distribute, or promote false, misleading, or deceptive content. To the fullest extent permitted by applicable law, we are not liable for any damages arising from Your failure to exercise due care or from prohibited uses. We are also not responsible, or our responsibility may be limited, for any limitations inherent in AI technology, such as inaccurate information or biased recommendations.