# Exhibit 16

ENGLISH SPANISH

ARBITRATION NOTICE: THIS LIMITED WARRANTY CONTAINS AN ARBITRATION PROVISION THAT REQUIRES YOU AND LG TO RESOLVE DISPUTES BY BINDING ARBITRATION INSTEAD OF IN COURT, UNLESS YOU CHOOSE TO OPT OUT. IN ARBITRATION, CLASS ACTIONS AND JURY TRIALS ARE NOT PERMITTED. PLEASE SEE THE SECTION TITLED "PROCEDURE FOR RESOLVING DISPUTES" BELOW.

## PROCEDURE FOR RESOLVING DISPUTES:

ALL DISPUTES BETWEEN YOU AND LG ARISING OUT OF OR RELATING IN ANY WAY TO THIS LIMITED WARRANTY OR THE PRODUCT SHALL BE RESOLVED EXCLUSIVELY THROUGH BINDING ARBITRATION, AND NOT IN A COURT OF GENERAL JURISDICTION. BINDING ARBITRATION MEANS THAT YOU AND LG ARE EACH WAIVING THE RIGHT TO A JURY TRIAL AND TO BRING OR PARTICIPATE IN A CLASS ACTION.

Definitions. For the purposes of this section, references to "LG" mean LG Electronics U.S.A., Inc., its parents, subsidiaries and affiliates, and each of their officers, directors, employees, agents, beneficiaries, predecessors in interest, successors, assigns and suppliers; references to "dispute" or "claim" shall include any dispute, claim or controversy of any kind whatsoever (whether based in contract, tort, statute, regulation, ordinance, fraud, misrepresentation or any other legal or equitable theory) arising out of or relating in any way to the sale, condition or performance of the product or this Limited Warranty.

Notice of Dispute. In the event you intend to commence an arbitration proceeding, you must first notify LG in writing at least 30 days in advance of initiating the arbitration by sending a letter to LG at LG Electronics, USA, Inc. Attn: Legal Department- Arbitration 111 Sylvan Ave, Englewood Cliffs 07632. You and LG agree to engage in good faith discussions in an attempt to amicably resolve your claim. The notice must provide your name, address, and telephone number; identify the product that is the subject of the claim; and describe the nature of the claim and the relief being sought. If you and LG are unable to resolve the dispute within 30 days, either party may proceed to file a claim for arbitration.

Agreement to Binding Arbitration and Class Action Waiver. Upon failure to resolve the dispute during the 30 day period after sending written notice to LG, you and LG agree to resolve any claims between us only by binding arbitration on an individual basis, unless you opt out as provided below. Any dispute between you and LG shall not be combined or consolidated with a dispute involving any other person's or entity's product or claim. More specifically, without limitation of the foregoing, any dispute between you and LG shall not under any circumstances proceed as part of a class or representative action. Instead of arbitration, either party may bring an individual action in small claims court, but that small claims court action may not be brought on a class or representative basis.

Arbitration Rules and Procedures. To begin arbitration of a claim, either you or LG must make a written demand for arbitration. The arbitration will be administered by the American Arbitration Association ("AAA") and will be conducted before a single arbitrator under the AAA's Consumer Arbitration Rules that are in effect at the time

Feedback

the arbitration is initiated (referred to as the "AAA Rules") and under the procedures set forth in this section. The AAA Rules are available online at www.adr.org/consumer. Send a copy of your written demand for arbitration, as well as a copy of this provision, to the AAA in the manner described in the AAA Rules. You must also send a copy of your written demand to LG at LG Electronics, USA, Inc. Attn: Legal Department-Arbitration 111 Sylvan Avenue Englewood Cliffs, NJ 07632. If there is a conflict between the AAA Rules and the rules set forth in this section, the rules set forth in this section will govern. This arbitration provision is governed by the Federal Arbitration Act. Judgment may be entered on the arbitrator's award in any court of competent jurisdiction. All issues are for the arbitrator to decide, except that issues relating to the scope and enforceability of the arbitration provision and to the arbitrability of the dispute are for the court to decide. The arbitrator is bound by the terms of this provision.

Governing Law. The law of the state of your residence shall govern this Limited Warranty and any disputes between us except to the extent that such law is preempted by or inconsistent with applicable federal law.

Fees/Costs. You do not need to pay any fee to begin an arbitration. Upon receipt of your written demand for arbitration, LG will promptly pay all arbitration filing fees to the AAA unless you seek more than $25,000 in damages, in which case the payment of these fees will be governed by the AAA Rules. Except as otherwise provided for herein, LG will pay all AAA filing, administration and arbitrator fees for any arbitration initiated in accordance with the AAA Rules and this arbitration provision. If you prevail in the arbitration, LG will pay your attorneys' fees and expenses as long as they are reasonable, by considering factors including, but not limited to, the purchase amount and claim amount. Notwithstanding the foregoing, if applicable law allows for an award of reasonable attorneys' fees and expenses, an arbitrator can award them to the same extent that a court would. If the arbitrator finds either the substance of your claim or the relief sought in the demand is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)), then the payment of all arbitration fees will be governed by the AAA Rules. In such a situation, you agree to reimburse LG for all monies previously disbursed by it that are otherwise your obligation to pay under the AAA Rules. Except as otherwise provided for, LG waives any rights it may have to seek attorneys' fees and expenses from you if LG prevails in the arbitration.

Feedback

Hearings and Location. If your claim is for $25,000 or less, you may choose to have the arbitration conducted solely on the basis of (1) documents submitted to the arbitrator, (2) through a telephonic hearing, or (3) by an in-person hearing as established by the AAA Rules. If your claim exceeds $25,000, the right to a hearing will be determined by the AAA Rules. Any in-person arbitration hearings will be held at a location within the federal judicial district in which you reside unless we both agree to another location or we agree to a telephonic arbitration.

Opt Out. You may opt out of this dispute resolution procedure. If you opt out, neither you nor LG can require the other to participate in an arbitration proceeding. To opt out, you must send notice to LG no later than 30 calendar days from the date of the first consumer purchaser's purchase of the product by either: (i) sending an e-mail to optout@lge.com, with the subject line: "Arbitration Opt Out" or (ii) calling 1-800-980-2973. You must include in the opt out e-mail or provide by telephone: (a) your name and address; (b) the date on which the product was purchased; (c) the product model name or model number; and (d) the serial number (the serial number can be found (i) on the product; or (ii) online by accessing https://www.lg.com/us/support and clicking on “How do I find my model number?”

You may only opt out of the dispute resolution procedure in the manner described above (that is, by e-mail or telephone); no other form of notice will be effective to opt out of this dispute resolution procedure. Opting out of this dispute resolution procedure will not affect the coverage of the Limited Warranty in any way, and you will continue to enjoy the full benefits of the Limited Warranty. If you keep this product and do not opt out, then you accept all terms and conditions of the arbitration provision described above.

For Canada consumers, detailed information on arbitration is available at www.lg.com/ca_en/arbitration

Pour les consommateurs canadiens, les informations détaillées sont accessibles à www.lg.com/ca_fr/arbitrage

Images may be simulated and dramatized for illustrative purposes. Actual features, functionality, and other product specifications may differ and are subject to change without notice. Prices, promotions, and availability may vary by model, store, and online. Prices subject to change without notice. Quantities are limited. Check with your local retailers for their final price and availability.

USA, English

Feedback

**Appliances**
Washers
Refrigerators
Dishwashers
Cooking Appliances
Kitchen Packages
LG Signature
SKS
Dryers
Washer Dryer Combos
Styler Steam Closet
Laundry Sets
Vacuums
Air Conditioners
Window Air Conditioners
Portable Air Conditioners

**TV & Home Theater**
TVs
Projectors
Sound Bars
Blu-ray & DVD Players
Lifestyle Products
TV Audio Video Accessories

**Support**
Parts & Accessories
Register a Product
Order Status
Software & Drivers
Manuals & Documents
Help Library
Contact Us
Easy Bluetooth Connect Guide
Request a Repair
LG Premium Care
Custom Installation
Online Chat
Twitter Support
How to become an LG Servicer
Facebook Support
Business Support

**My Account**
MyLG
My Orders
Track My Order
Track Return Status

**About LG**
Press Release
Media Contacts
Career Opportunities
Newsletter Sign Up
Sustainability

**Offers**
Deals & Promotions
TV Sale Deals
Back to School Deals

**Articles & Gift Guides**
LG Experience
Earth Day at Home
Holiday Gift Guide
Tech Gift Guide
Gaming Gift Guide
Kitchen Gift Guide
Movie Lover Gift Guide
Cleaning Gift Guide

**Discount Programs**
MyLG Member Rewards
Military Discounts

Wall Air Conditioners

Air Purifiers

Dehumidifiers

Other Appliance Accessories

Kitchen

Laundry

Other

**Audio**

Sound Bars

Headphones

Earbuds

Speakers

Portable Speakers

Party Speakers

Gaming Speakers

**Monitors & Laptops**

Laptops

Monitors

Burners & Drives

Monitor & Laptop Accessories

**Home Upgrades**

Heating & Air Conditioning Products

Built-in Kitchen Appliances

**Mobile**

Cell Phones

Mobile Accessories

Compliance Information

Public Notices & Recalls

LG Recycling Program

Cookware Chemical Compliance Information

Battery-embedded Product Chemistry Disclosure

Nurses

First Responders

Teachers

Government

Medical

Students

Partner Employees

**Online Chat**

**Email Support**

**Chat with a Product Expert**

Social Support

/LGUSSupport

@lgussupport

Feedback

Business Privacy Do Not Sell or Share My Personal Information Terms of Use Terms of Purchase

Patent Accessibility Help Site Map

LG

Copyright © 2009-2026 LG Electronics. All Rights Reserved

LG Jeong-Do Management Ethics Hotline