COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: +1 858 550 6000
Facsimile: +1 858 550 6420

AUDREY J. MOTT-SMITH (300550)
(amottsmith@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
LG Electronics, U.S.A., Inc.

COOLEY LLP
MARC SUSKIN*
*(Admitted pro hac vice)*
(msuskin@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone: +1 212 479 6000
Facsimile: +1 212 479 6275

ROBBY L.R. SALDAÑA (356226)
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004-2400
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEONA CAZARES, MICHAEL WALSH, and LAURA WILLIS-ALBRIGO, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

LG ELECTRONICS U.S.A., INC. and ALPHONSO INC.,

Defendants.

Case No. 5:26-cv-03840-EKL

**DEFENDANT LG ELECTRONICS USA, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND STAY THE CASE**

Hearing Date: November 4, 2026
Time: 10:00 a.m.
Judge: Hon. Eumi K. Lee
Courtroom: 7

Pursuant to Federal Rule of Evidence 201, Defendant LG Electronics U.S.A., Inc. ("LG") hereby requests that the Court take judicial notice of Exhibit A in support of LG's Motion to Compel Arbitration and Stay the Case ("Motion"). This Request is based on the points and authorities below, the Motion, and Exhibit A.

## I. Documents Subject to This Request

LG requests that the Court consider the following document in connection with its Motion, attached as Exhibit A:

1. **Exhibit A:** A copy of the Consumer Arbitration Rules and Mediation Procedures of the American Arbitration Association ("AAA"), last amended and effective May 1, 2025, accessible here: https://www.adr.org/media/yawntdvs/2025_consumer_arbitration_rules.pdf.

## II. Legal Standard

When ruling on a motion to compel arbitration, a court may consider evidence outside the pleadings. *Smith v. Inflection Risk Sols., LLC*, No. 25-cv-07620, 2026 WL 622116, at *4 (N.D. Cal. Mar. 5, 2026). Pursuant to Rule 201, judicial notice is appropriate for "a fact that is not subject to reasonable dispute" because it is either "generally known within the trial court's territorial jurisdiction" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

## III. Argument

Exhibit A is judicially noticeable because it can be readily determined from a source whose accuracy cannot reasonably be disputed. Indeed, numerous district courts have taken judicial notice of the AAA Rules. *See, e.g.*, *Kumar v. Tata Consultancy Servs. Ltd.*, 804 F.Supp.3d 1133, 1140 n.2 (D. Nev. 2025) (taking judicial notice of AAA Rules); *Torres v. Secure Commc'n Sys.*, No. SACV 20-00980, 2020 WL 6162156, at *3 (C.D. Cal. July 25, 2020) (same); *Wilson v. United Health Grp., Inc.*, No. 12-cv-01349, 2012 WL 6088318, at *4 n.4 (E.D. Cal. Dec. 6, 2012) (same); *Chavarria v. Ralphs Grocer Co.*, 812 F.Supp.2d 1079, 1087 n.8 (C.D. Cal. 2011) (same). Accordingly, the Court may take judicial notice of Exhibit A.

## IV. Conclusion

LG respectfully requests that the Court take judicial notice of Exhibit A.

Dated: August 21, 2026

Respectfully submitted,

COOLEY LLP
MICHAEL ATTANASIO (151529)
AUDREY MOTT-SMITH (300550)
MARC SUSKIN*
ROBBY L.R. SALDAÑA (356226)

*/s/ Robby L.R. Saldaña*
Robby L.R. Saldaña
Attorneys for Defendant
L.G. Electronics U.S.A., Inc.