UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONA CAZARES, MICHAEL WALSH, and LAURA WILLIS-ALBRIGO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC. and ALPHONSO INC.,<br><br>Defendants. | Case No. 5:26-cv-03840-EKL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT LG ELECTRONICS USA, INC.'S REQUEST FOR JUDICIAL NOTICE** |

This matter is before the Court on Defendant LG Electronics USA, Inc.'s ("LG") request for judicial notice ("Request") in connection with LG's motion to compel arbitration and stay the case ("Motion"). LG requests judicial notice of Exhibit A to the Request, which is a copy of the Consumer Arbitration Rules and Mediation Procedures of the American Arbitration Association, last amended and effective May 1, 2025.

Having considered the Request, the Motion, all papers filed by the parties in support of and in opposition to the Motion and Request, the relevant authorities, the arguments of counsel, and all other matters properly considered by this Court, the Court hereby **GRANTS** LG's Request and takes judicial notice of Exhibit A pursuant to Federal Rule of Evidence 201(b).

**IT IS SO ORDERED**.

Dated: __________________, 2026

______________________________________
The Honorable Eumi K. Lee
United States District Judge