UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONA CAZARES, MICHAEL WALSH, and LAURA WILLIS-ALBRIGO, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC. and ALPHONSO INC.,<br><br>*Defendants*. | Case No.: 5:26-cv-03840-EKL<br><br>**DECLARATION OF LEONA CAZARES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT LG ELECTRONICS U.S.A., INC.'S MOTION TO COMPEL ARBITRATION AND STAY CASE**<br><br>Date: November 4, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. Eumi K. Lee<br>Courtroom: 7 |

I, Leona Cazares, declare as follows:

1. I am a plaintiff in this action. I am over the age of eighteen and competent to testify. I make this declaration on personal knowledge, and if called as a witness I could and would testify to the facts stated here.

2. I live in Banning, California. Other members of my family, including my minor grandchildren, regularly watch television with me in my home.

3. In approximately 2018 or 2019, I purchased an LG Smart TV, model 55UK6090PUA, from Walmart, for my home.

4. In approximately 2025, I purchased a second LG Smart TV, model 75UQ7070ZUD, from Walmart, for my home.

5. I performed the on-screen setup of each television myself.

6. At no time during the setup of either television, or since, have I seen any screen on either television that mentioned arbitration, a class action waiver, or a waiver of the right to a jury

trial. No one from LG or from the retailer ever told me that either television came with an arbitration agreement or that using the televisions meant I had agreed to a contract with LG.

7. I did not read any notice about arbitration on the box of either television, and I did not read any warranty booklet or card packed inside either box. I never received any notice from LG, at any time, that I had a right to opt out of arbitration, and I did not know that any such right existed until this lawsuit.

8. I have reviewed the table in paragraph 29 of the Declaration of Matthew Durgin (Dkt. 34) listing “TV Terms Consent Records” for my two televisions. For the 55UK6090PUA television, the table lists entries dated August 11, 2019; August 14, 2019; August 15, 2020; February 7, 2022 (two entries); May 22, 2023; June 20, 2025; June 22, 2025 (a “Withdraw” entry and an “Agree” entry); and October 28, 2025. For the 75UQ7070ZUD television, it lists entries dated June 9, 2025; June 10, 2025 (a “Withdraw” entry and an “Agree” entry); and July 7, 2025. I do not recall, on any of those dates or at any other time, seeing any screen on either television that presented LG’s Terms of Use or asked me to agree to them, and I do not recall seeing any screen that mentioned arbitration, a class action waiver, or a waiver of the right to a jury trial. I do not recall taking any action on any of those dates to agree to, withdraw from, or re-agree to LG’s Terms of Use. I do not know what caused those entries to be recorded, and no one from LG has ever shown me what appeared on my televisions’ screens on any of those dates.

9. I recall that in or around September 9, 2026, my 75UQ7070ZUD television displayed a prompt after an automatic update and asked me to press a button to agree to a new agreement of some kind. No screen I saw at that time mentioned arbitration, a class action waiver, or a waiver of the right to a jury trial, and I did not understand that I was entering into a contract with LG. Instead of immediately clicking a button to “accept” this new agreement, I clicked a “Later” (or similar) button. Immediately after this, none of my streaming applications worked anymore. After several days of being unable to use the streaming applications, I returned and clicked the button to “Agree” or “Accept” the new agreement so that I could use them again. Again, no screen I saw at that time mentioned arbitration, a class action waiver, or a waiver of the right to

a jury trial, and I did not understand that I was entering into a contract with LG. Even after I clicked the button LG required me to click, the television still would not let me use my streaming applications, and for over a week I was effectively locked out of the streaming features of my own television. My 55UK6090PUA television never displayed any prompt asking me to agree to a new agreement.

10. I use the televisions to watch programs through streaming applications such as Netflix, Tubi, Amazon Prime Video, YouTube, Pluto, Fawsome, and Fandango, and to watch broadcast television and content from devices connected to the televisions by HDMI cable.

11. I have never agreed with LG to arbitrate any dispute, and I have never authorized anyone to agree to arbitration on my behalf.

12. I am not a lawyer and have no legal training. I have never been a party to an arbitration. Before this lawsuit, I had never heard of the American Arbitration Association and had never seen its rules, and no one from LG ever told me that any dispute with LG would be decided under those rules or by an arbitrator.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/18/2026, at Banning, California.

DocuSigned by:
[signature]
B4322046708F43A...
Leona Cazares

## ATTESTATION

I, Andrew Ready Tate, am the ECF User whose ID and password are being used to file this declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the declarant has concurred in the filing of this document and has authorized its filing, and that I have on file the declarant's signed original.

Dated: September 18, 2026
/s/ Andrew Ready Tate

Andrew Ready Tate