UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONA CAZARES, MICHAEL WALSH, and LAURA WILLIS-ALBRIGO, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC. and ALPHONSO INC.,<br><br>*Defendants*. | Case No.: 5:26-cv-03840-EKL<br><br>**DECLARATION OF MICHAEL WALSH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT LG ELECTRONICS U.S.A., INC.'S MOTION TO COMPEL ARBITRATION AND STAY CASE**<br><br>Date: November 4, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. Eumi K. Lee<br>Courtroom: 7 |

I, Michael Walsh, declare as follows:

1. I am a plaintiff in this action. I am over the age of eighteen and competent to testify. I make this declaration on personal knowledge, and if called as a witness I could and would testify to the facts stated here.

2. I live in Whittier, California.

3. In approximately 2019, I purchased an LG Smart TV, model 50UM7300AUE. The television was purchased from a retailer, new in a sealed box.

4. When I set up the television, also in approximately 2019, I performed the on-screen setup myself.

5. At no time during the setup of the television, or since, have I seen any screen on the television that mentioned arbitration, a class action waiver, or a waiver of the right to a jury trial. No one from LG or from the seller ever told me that the television came with an arbitration agreement or that using the television meant I had agreed to a contract with LG.

6. The television came with its original box and printed materials. I did not read any notice on the box about arbitration, and I did not read any warranty booklet or card packed inside the box. I never received any notice from LG, at any time, that I had a right to opt out of arbitration, and I did not know that any such right existed until this lawsuit.

7. I have reviewed the table in paragraph 29 of the Declaration of Matthew Durgin (Dkt. 34) listing "TV Terms Consent Records" for my television. The table lists entries dated October 3, 2019 (three entries); October 5, 2019 (four entries); June 3, 2020 (two entries); July 29, 2020 (six entries); March 11, 2024; April 4, 2024 (two entries); May 28, 2025 (a "Withdraw" entry); June 16, 2025 (two "Agree" entries); November 27, 2025; May 9, 2026 (two entries); May 11, 2026; and May 14, 2026. I do not recall, on any of those dates or at any other time, seeing any screen on the television that presented LG's Terms of Use or asked me to agree to them, and I do not recall seeing any screen that mentioned arbitration, a class action waiver, or a waiver of the right to a jury trial. I do not recall taking any action on any of those dates to agree to, withdraw from, or re-agree to LG's Terms of Use. I do not know what caused those entries to be recorded, and no one from LG has ever shown me what appeared on my television's screen on any of those dates.

8. No screen I saw at any time mentioned arbitration, a class action waiver, or a waiver of the right to a jury trial, and I have never understood that I was entering into a contract with LG.

9. I use the television to watch programs through streaming applications such as Netflix and Amazon Prime, and to watch broadcast television and content from devices connected to the television by HDMI cable.

10. I have never created or used an LG account, LG membership, or LG online or mobile service in connection with the television.

11. I have never agreed with LG to arbitrate any dispute, and I have never authorized anyone to agree to arbitration on my behalf.

12. I am not a lawyer and have no legal training. I have never been a party to an arbitration. Before this lawsuit, I had never heard of the American Arbitration Association and had

never seen its rules, and no one from LG ever told me that any dispute with LG would be decided under those rules or by an arbitrator.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/18/2026, at Whittier, California.

DocuSigned by:
Michael Walsh
2DBC48709DDD495...

Michael Walsh

## ATTESTATION

I, Andrew Ready Tate, am the ECF User whose ID and password are being used to file this declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the declarant has concurred in the filing of this document and has authorized its filing, and that I have on file the declarant's signed original.

Dated: September 18, 2026
/s/ Andrew Ready Tate
Andrew Ready Tate