UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEONA CAZARES, MICHAEL WALSH, and LAURA WILLIS-ALBRIGO, *individually and on behalf of all others similarly situated*,

*Plaintiffs*,

v.

LG ELECTRONICS U.S.A., INC. and ALPHONSO INC.,

*Defendants*.

Case No.: 5:26-cv-03840-EKL

**DECLARATION OF LAURA WILLIS-ALBRIGO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT LG ELECTRONICS U.S.A., INC.'S MOTION TO COMPEL ARBITRATION AND STAY CASE**

Date: November 4, 2026
Time: 10:00 a.m.
Judge: Hon. Eumi K. Lee
Courtroom: 7

I, Laura Willis-Albrigo, declare as follows:

1. I am a plaintiff in this action. I am over the age of eighteen and competent to testify. I make this declaration on personal knowledge, and if called as a witness I could and would testify to the facts stated here.

2. I live in San Diego, California, with my spouse, Todd Albrigo.

3. In approximately 2023, my spouse and I purchased an LG Smart TV, model OLED77G3PUA, for our home from Costco, new in the box.

4. I did not unpack the television, and I did not assemble, mount, connect, or set it up. My spouse did all of that. I was in my home but not observing my spouse while my spouse set up the television. I did not watch, participate in, or direct any step of the setup.

5. I have never gone through any on-screen setup process on the television. I have never seen a screen on the television titled "Terms & Conditions" or "Terms and Conditions." I have never checked or selected any box or bubble on the television next to "Terms of Use,"

"Privacy Policy," "Viewing Information Agreement," or "Select All," and I have never pressed an "Agree" button on the television in connection with any LG agreement.

6. Before this lawsuit, I had never seen or read LG's Terms of Use, and I had never seen or heard anything from LG—on the television screen, on the box, in printed materials, or otherwise—about arbitration, a class action waiver, or a waiver of the right to a jury trial. My spouse did not discuss any LG terms or agreements with me before or after setting up the television. No one has ever told me that owning or watching the television meant I had agreed to a contract with LG.

7. I did not read the television's box or any printed materials that came inside it, including any warranty booklet or card. I never received any notice from LG, at any time, that I had a right to opt out of arbitration, and I did not know that any such right existed until this lawsuit.

8. I have never created or used an LG account, LG membership, or LG online or mobile service in connection with the television. I have never navigated to the "User Agreements" or "Terms of Use" area of the television's Settings menu.

9. I use the television to watch programs through streaming applications such as Netflix, Paramount, HBO Max, Hulu, and Amazon Prime, and to watch broadcast television and content from devices connected to the television by HDMI cable.

10. I have reviewed the table in paragraph 29 of the Declaration of Matthew Durgin (Dkt. 34) listing "TV Terms Consent Records" for my television, with entries dated in December 2023, January 2024, September 2024, October 2024, July 2025, and November 2025. I did not take any of the actions reflected in those entries. I do not know what caused those entries to be recorded.

11. I have never agreed with LG to arbitrate any dispute, and I have never authorized anyone to agree to arbitration on my behalf.

12. I am not a lawyer and have no legal training. I have never been a party to an arbitration. Before this lawsuit, I had never heard of the American Arbitration Association and had

never seen its rules, and no one from LG ever told me that any dispute with LG would be decided under those rules or by an arbitrator.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/18/2026, at San Diego, California.

DocuSigned by:
Laura Willis-Albrigo
BF27C734BAAB4D0...

Laura Willis-Albrigo

**ATTESTATION**

I, Andrew Ready Tate, am the ECF User whose ID and password are being used to file this declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the declarant has concurred in the filing of this document and has authorized its filing, and that I have on file the declarant's signed original.

Dated: September 18, 2026
/s/ Andrew Ready Tate
Andrew Ready Tate