UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEONA CAZARES, MICHAEL WALSH, and LAURA WILLIS-ALBRIGO, *individually and on behalf of all others similarly situated*,

*Plaintiffs*,

v.

LG ELECTRONICS U.S.A., INC. and ALPHONSO INC.,

*Defendants*.

Case No.: 5:26-cv-03840-EKL

**DECLARATION OF TODD ALBRIGO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT LG ELECTRONICS U.S.A., INC.'S MOTION TO COMPEL ARBITRATION AND STAY CASE**

Date: November 4, 2026
Time: 10:00 a.m.
Judge: Hon. Eumi K. Lee
Courtroom: 7

I, Todd Albrigo, declare as follows:

1. I am the spouse of plaintiff Laura Willis-Albrigo. I am not a party to this action. I am over the age of eighteen and competent to testify. I make this declaration on personal knowledge, and if called as a witness I could and would testify to the facts stated here.

2. In approximately November or December 2023, my spouse and I acquired an LG Smart TV, model OLED77G3PUA, for our home in San Diego, California.

3. I unpacked the television, connected it, and performed the entire on-screen initial setup of the television myself. My spouse did not participate in any step of the setup. She did not observe me performing the setup.

4. In performing the setup, I acted for myself. My spouse did not ask me to accept any terms or agreements on her behalf, I did not tell her that I was accepting any terms or agreements, and I did not accept any terms or agreements on her behalf. We did not discuss any on-screen terms or agreements before or after I set up the television.

5. I have never created any LG account, membership, or profile in my spouse's name or using her information.

6. I did not read any notice on the television's box about arbitration, and I do not recall reading any warranty booklet or card packed inside the box. I never gave my spouse any such materials to read, and I never told her about any right to opt out of arbitration.

7. I am not a lawyer and have no legal training. I have never been a party to an arbitration. Before this lawsuit, I had never heard of the American Arbitration Association and had never seen its rules, and no one from LG ever told me that any dispute with LG would be decided under those rules or by an arbitrator. I never told my spouse anything of the kind.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/18/2026, at San Diego, California.

DocuSigned by:
Todd Albrigo
9F1B2ABFB5EB443...
Todd Albrigo

**ATTESTATION**

I, Andrew Ready Tate, am the ECF User whose ID and password are being used to file this declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the declarant has concurred in the filing of this document and has authorized its filing, and that I have on file the declarant's signed original.

Dated: September 18, 2026
/s/ Andrew Ready Tate
Andrew Ready Tate