COOLEY LLP
AUDREY J. MOTT-SMITH (300550)
(amottsmith@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
LG Electronics, U.S.A., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEONA CAZARES, MICHAEL WALSH, and LAURA WILLIS-ALBRIGO, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

LG ELECTRONICS U.S.A., INC. and ALPHONSO INC.,

Defendants.

Case No. 5:26-cv-03840-EKL

**DECLARATION OF AUDREY J. MOTT-SMITH IN SUPPORT OF DEFENDANT LG ELECTRONICS USA, INC.'S REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL ARBITRATION & STAY THE CASE**

I, Audrey J. Mott-Smith, hereby declare:

1. I am an attorney admitted to practice law in the State of California and before this Court. I am a partner at Cooley LLP and counsel for Defendant LG Electronics U.S.A., Inc. ("LG") in the above-entitled action. I have personal knowledge of the facts stated herein and, if called to testify, could and would testify competently thereto. I submit this declaration in support of LG's Reply Brief in Support of its Motion to Compel Arbitration and Stay the Case ("Motion").

2. On April 30, 2026, Plaintiff Leona Cazares ("Plaintiff Cazares") brought claims against LG through her counsel in this case, asserting violations of federal and state law in connection with the alleged use of Automatic Content Recognition ("ACR") technology on her LG Smart TVs. Dkt. 1. She asserts, among others, claims under (a) section 631 of the California Invasion of Privacy Act ("CIPA"), Cal. Pen. Code § 631, *id.* ¶¶ 364-396, (b) the federal Wiretap Act, 18 U.S.C. § 2510, *et seq.*, *id.* ¶¶ 495-526, (c) California common law, for negligence, *id.* ¶¶ 553-577, breach of implied contract, ¶¶ 578-600, and unjust enrichment, ¶¶632-658, and (d) the unlawful, unfair, and fraudulent prongs of the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.*, *id.* ¶¶ 601-631.

3. Several days later, on May 5, 2026, Plaintiff Cazares notified LG through different counsel, the law firm of Labaton Keller Sucharow LLP, that she intends to invoke her agreement to arbitrate under the LG Terms of Use applicable to LG Smart TVs (referenced in LG's Motion as the "TV Terms") to commence individual arbitration against LG concerning the same alleged use of ACR technology on her Smart TVs. The claims she intends to bring in arbitration include claims under (a) state wiretapping laws, including section 631 of CIPA, (b) the federal Wiretap Act, (c) state common law, including for negligence, breach of implied contract, and unjust enrichment; and (d) state consumer protection laws concerning allegedly unfair and deceptive acts and practices. All these claims overlap with claims she asserts in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 9, 2026, in San Francisco, California.

By: _/s/ Audrey J. Mott-Smith_
Audrey J. Mott-Smith