Rob Yang (SBN 312964)
ryang@constangy.com
Andrew Chase
(Pro Hac Vice Forthcoming)
achase@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
601 Montgomery Street, Suite 350
San Francisco, CA 94111
Telephone: 415.528.2993

*Attorneys for Defendant Kargo Global, LLC*

(Eddie) Jae K. Kim (SBN 236805)
ekim@lcllp.com
Tiffine E. Malamphy (SBN 312239)
tiffine@lcllp.com
**LYNCH CARPENTER, LLP**
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
Tel: (619) 762-1910
Fax: (724) 656-1556

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRETT DESMARAIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KARGO GLOBAL, LLC,<br><br>Defendant. | Case No. 3:26-cv-11080-EMC<br><br>[Filed concurrently with Declaration of Rob Yang and [Proposed] Order]<br><br>**STIPULATED REQUEST FOR ORDER SETTING BRIEFING SCHEDULE AND RESETTING CASE MANAGEMENT DEADLINES**<br><br>Judge: Hon. Edward M. Chen<br>Complaint Filed: September 29, 2026 |

Plaintiff Brett Desmarais ("Plaintiff") and Defendant Kargo Global, LLC ("Kargo") (together, the "Parties") submit this stipulated request under Civil Local Rules

6-1(a), 6-2 and 7-12 and Section 4 of the Court's General Standing Order for Civil Cases. The concurrently filed Declaration of Rob Yang ("Yang Decl.") supports the request. The Parties state as follows:

1. Plaintiff filed the Class Action Complaint (the "Complaint") on September 29, 2026, and served Kargo on October 5, 2026. ECF Nos. 1, 10. Kargo's deadline to answer or otherwise respond to the Complaint is therefore October 26, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i).

2. The Order Setting Initial Case Management Conference and ADR Deadlines set an initial case management conference ("CMC") for January 5, 2027. ECF No. 7. It set December 15, 2026 as the last day to meet and confer under Rule 26(f) and file ADR certifications, and December 29, 2026 as the last day to file the Rule 26(f) report and joint case management statement and to complete initial disclosures. *Id.*

3. On October 5, 2026, the case was reassigned to this Court. ECF No. 9. The reassignment order vacated previously scheduled hearing dates and left other deadlines, including the ADR deadlines, unchanged. *Id.*

4. In light of the intervening holidays, the Parties agree to extend Kargo's deadline to answer or otherwise respond to the Complaint through and including December 28, 2026. Because Kargo's responsive pleading will be filed during the holidays, the Parties have agreed to a longer briefing schedule than Civil Local Rule 7-3 provides. Yang Decl. ¶ 4.

5. The ECF No. 7 deadlines were keyed to the January 5, 2027 CMC. Unless reset, they would require the Parties to hold their Rule 26(f) conference and file ADR certifications by December 15, 2026, before Kargo has responded to the Complaint. The Parties agree that the CMC and its related deadlines should follow the hearing on Kargo's motion, when the scope of the pleadings will be clearer. Yang Decl. ¶¶ 5–6.

6. The Parties have not previously asked the Court for an order changing time. The only prior time modifications are the reassignment order and the Parties' October 26,

2026 stipulation. Yang Decl. ¶ 7.

7. The Parties make this request in good faith and not for delay. The case is at its outset, and no party will be prejudiced. Yang Decl. ¶ 9.

Accordingly, the Parties stipulate and request that the Court order as follows:

(a) Briefing. Kargo's deadline to respond to the Complaint is extended to **December 28, 2026**. If Kargo responds to the Complaint with a motion under Rule 12, then Plaintiff's opposition is due **February 1, 2027**, and Kargo's reply is due **February 23, 2027.** The motion will be heard on Thursday, **March 11, 2027**, at 1:30 p.m., or on another date convenient for the Court.

(b) Amended complaint. Plaintiff may file an amended complaint in lieu of an opposition by **February 1, 2027**. Kargo shall answer or otherwise respond to any amended complaint within 30 days after service, and the Parties will meet and confer on a briefing schedule for any motion directed to it.

(c) Case management. The deadlines set in ECF No. 7, and any earlier CMC date, are vacated. The initial CMC is set for Tuesday, **March 30, 2027**, at 1:30 p.m. By **March 9, 2027**, the Parties shall meet and confer under Rule 26(f) and file their ADR certifications. By **March 23, 2027**, the Parties shall file their Rule 26(f) report and joint case management statement and complete initial disclosures.

(d) Scheduling order. Good cause exists under Rule 16(b)(2) to issue the scheduling order after the initial CMC.

IT IS SO STIPULATED.

Dated: October 26, 2026

By: *__/s/ Rob Yang__*

Rob Yang
Andy Chase (PHV forthcoming)
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*Attorneys for Defendant Kargo Global, LLC*

Dated: October 26, 2026

By: */s/ Jae K. Kim (w. permission)*
(Eddie) Jae K. Kim
Tiffine E. Malamphy
**LYNCH CARPENTER, LLP**

*Attorneys for Plaintiff and the Proposed Class*

**ATTESTATION**

I, Rob Yang, am the ECF user whose credentials are being used to file this document. Under Civil Local Rule 5-1(i)(3), I attest that each of the other signatories has concurred in its filing.

By: */s/ Rob Yang*
Rob Yang