Rob Yang (SBN 312964)
ryang@constangy.com
Andrew Chase
(Pro Hac Vice Forthcoming)
achase@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
601 Montgomery Street, Suite 350
San Francisco, CA 94111
Telephone: 415.528.2993

*Attorneys for Defendant Kargo Global, LLC*

(Eddie) Jae K. Kim (SBN 236805)
ekim@lcllp.com
Tiffine E. Malamphy (SBN 312239)
tiffine@lcllp.com
**LYNCH CARPENTER, LLP**
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
Tel: (619) 762-1910
Fax: (724) 656-1556

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRETT DESMARAIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KARGO GLOBAL, LLC,<br><br>Defendant. | Case No. 3:26-cv-11080-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER SETTING BRIEFING SCHEDULE AND RESETTING CASE MANAGEMENT DEADLINES**<br><br>Judge: Hon. Edward M. Chen |

The Court has considered the Stipulated Request for Order Setting Briefing Schedule and Resetting Case Management Deadlines filed by Plaintiff Brett Desmarais ("Plaintiff") and Defendant Kargo Global, LLC ("Kargo") and the supporting

Declaration of Rob Yang. Kargo's response to the Complaint is due December 28, 2026, and the deadlines in ECF No. 7 were keyed to a January 5, 2027 case management conference. Good cause appearing, including under Federal Rule of Civil Procedure 16(b)(2), the Court GRANTS the request and ORDERS as follows:

1. Kargo's deadline to respond to the Complaint is extended to December 28, 2026. If Kargo responds to the Complaint with a motion under Rule 12, Plaintiff's opposition is due February 1, 2027, and Kargo's reply is due February 23, 2027. The motion will be heard on Thursday, March 11, 2027, at 1:30 p.m.

2. Plaintiff may file an amended complaint in lieu of an opposition by February 1, 2027. Kargo shall answer or otherwise respond to any amended complaint within 30 days after service, and the Parties will meet and confer on a briefing schedule for any motion directed to it.

3. The deadlines set in ECF No. 7, and any earlier case management conference date, are VACATED. The initial case management conference is set for Tuesday, March 30, 2027, at 1:30 p.m. By March 9, 2027, the parties shall meet and confer under Rule 26(f) and file their ADR certifications. By March 23, 2027, the parties shall file their Rule 26(f) report and joint case management statement and complete initial disclosures.

4. Good cause exists under Rule 16(b)(2) to issue the scheduling order after the initial case management conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____________________

______________________________
HON. EDWARD M. CHEN
United States District Judge