Tina Wolfson (SBN 174806)
Bradley K. King (SBN 274399)
AHDOOT & WOLFSON, PC
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111
E: twolfson@ahdootwolfson.com
E: bking@ahdootwolfson.com

Andrew Ready Tate (pro hac vice)
PRIVACY RIGHTS LAW LLC
3379 Peachtree Road NE, Suite 700
Atlanta, Georgia 30326
Tel: (678) 250-5885
E: tate@privacyrightslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEONA CAZARES, MICHAEL WALSH, and LAURA WILLIS-ALBRIGO, *individually and on behalf of all others similarly situated,*

*Plaintiffs,*

v.

LG ELECTRONICS U.S.A., INC. and ALPHONSO INC.,

*Defendants.*

Case No.: 5:26-cv-03840-EKL

**PLAINTIFFS' SECOND STATEMENT OF RECENT DECISION IN OPPOSITION TO DEFENDANT LG ELECTRONICS U.S.A., INC.'S MOTION TO COMPEL ARBITRATION AND STAY CASE (CIVIL L.R. 7-3(d)(2))**

Date: November 4, 2026
Time: 10:00 a.m.
Judge: Hon. Eumi K. Lee
Courtroom: 7

JURY TRIAL DEMANDED

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs bring to the Court's attention the following judicial opinion, issued after the filing of Defendant LG Electronics U.S.A., Inc.'s Reply (Dkt. 38) on October 9, 2026, and relevant to the Motion to Compel Arbitration and Stay the Case set for hearing on November 4, 2026:

*In re Sony Electronics Privacy Litigation*, No. 3:26-cv-00297-H-JAC, Dkt. 43 (S.D. Cal. Nov. 2, 2026) (Huff, J.) (order denying motion to compel arbitration and granting in part and denying in part motion to dismiss). The portion of the order addressing the motion to compel arbitration appears at pages 6 through 12.

A true and correct copy of the order, together with the exhibit referenced in and filed with it (Dkt. 43-1), is attached as Exhibit A.

Dated: November 3, 2026

Respectfully submitted,

By: <u>*/s/ Andrew Ready Tate*</u>
Andrew Ready Tate (pro hac vice)
PRIVACY RIGHTS LAW LLC
3379 Peachtree Road NE, Suite 700
Atlanta, Georgia 30326
Tel: (678) 250-5885
E: tate@privacyrightslaw.com

Tina Wolfson (SBN 174806)
Bradley K. King (SBN 274399)
AHDOOT & WOLFSON, PC
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111
E: twolfson@ahdootwolfson.com
E: bking@ahdootwolfson.com

Counsel for Plaintiffs and the Proposed Class